UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

DAVID POSCHMANN,

      Plaintiff,

v.                                      CASE NO.

EQUITY LIFESTYLE PROPERTIES, INC.,

      Defendant.

_____/

## COMPLAINT

Plaintiff, David Poschmann, by and through his undersigned counsel, hereby sues the

Defendant, Equity Lifestyle Properties, Inc., for injunctive relief pursuant to the Americans With

Disabilities Act, 42 U.S.C. §12181, et seq. (the "ADA") and in support thereof states as follows:

### JURISDICTION

1.     This court has subject-matter jurisdiction since this action arises pursuant to 28

U.S.C. § 1331 and §1343 and Plaintiff's claim arises under 42 U.S.C. §12181 et seq. based upon

Defendant's violations of Title III of the ADA.

### VENUE

2.     Venue lies in this district pursuant to 28 U.S.C. § 1391(b) because, inter alia, a

substantial part of the events or omissions giving rise to the claim asserted herein occurred in this

district.

### PARTIES

3.     Plaintiff, David Poschmann, is an individual residing in this district who is over

eighteen years of age and sui juris. Plaintiff is disabled as such term is defined by the ADA and

is substantially limited in performing one or more major life activities due to the amputation of

his right leg in 2012.  Plaintiff uses a wheelchair to ambulate. Plaintiff drives his own specially

equipped vehicle and has a valid disabled parking permit from the Florida Department of Highway Safety and Motor Vehicles. Defendant's online cabins and rentals reservation system fails to comply with the requirements of 28 C.F.R. §36.302(e) and therefore Plaintiff's full and equal enjoyment of the goods, services, facilities, privileges, advantages and/or accommodations offered thereon are restricted and limited because of Plaintiff's disability and will be restricted in the future unless and until Defendant is compelled to cure the substantive ADA violations contained on its cabins and rentals online reservation system. Plaintiff intends to visit the online reservation system for Defendant's cabins and rentals in the near future to book a guest cabin and/or "rental" and utilize the goods, services, facilities, privileges, advantages and/or accommodations being offered and/or to test the online reservation system for compliance with 28 C.F.R. §36.302(e).

4.      Defendant is the owner and/or direct or indirect operator of hundreds of resort locations throughout the continental United States of America commonly known as Encore RV Resorts which offer cabins and rentals by the night.[1] The Encore RV Resorts listed on Exhibit "A", which is incorporated herein by reference, are hereinafter collectively referred to as the "Encore places of lodging". Defendant is also the owner and/or operator of the Fiesta Key RV Resort & Marina located in this district at 70001 Overseas Highway in Long Key, Florida.  The online reservation system for the Fiesta Key RV Resort & Marina and the Encore places of lodging is found at www.rvonthego.com and the smart phone application reservation system is found at CampUSA™.

---

[1] The facilities at issue and identified herein are, despite the Covid-19 Pandemic, currently open for business and the online reservation system at issue is accepting reservations for these facilities.

## CLAIM FOR INJUNCTIVE RELIEF PURSUANT TO THE ADA

5.    On July 26, 1990, Congress enacted the ADA explaining that the purpose of the ADA was to provide a clear and comprehensive national mandate for the elimination of discrimination against individuals with disabilities and to provide clear, strong, consistent, enforceable standards addressing said discrimination, invoking the sweep of congressional authority in order to address the major areas of discrimination faced day-to-day by people with disabilities to ensure that the Federal government plays a central role in enforcing the standards set by the ADA. (42 U.S.C. § 12101(b)(1)-(4)).

6.    Pursuant to the mandates of 42 U.S.C. §12134(a), on September 15, 2010, the Department of Justice, Office of the Attorney General, published revised regulations for Title III of the Americans With Disabilities Act of 1990 in the *Federal Register* to implement the requirements of the ADA. Public accommodations, including places of lodging, were required to conform to these regulations on or before March 15, 2012.

7.    On March 15, 2012, new regulations implementing Title III of the ADA took effect, imposing significant new obligations on inns, motels, hotels and other "places of lodging". 28 C.F.R. §36.302(e) states:

"(1) *Reservations made by places of lodging.* A public accommodation that owns, leases (or leases to), or operates a place of lodging shall, with respect to reservations made by any means, including by telephone, in-person, or through a third party -

**(i)** Modify its policies, practices, or procedures to ensure that individuals with disabilities can make reservations for accessible guest rooms during the same hours and in the same manner as individuals who do not need accessible rooms;

**(ii)** Identify and describe accessible features in the hotels and guest rooms offered through its reservations service in enough detail to reasonably permit individuals with disabilities to assess independently whether a given hotel or guest room meets his or her accessibility needs;[2]

---

[2] The United States Department of Justice, in "28 C.F.R. Appendix A to Part 36, Guidance on Revisions to ADA Regulation on Nondiscrimination on the Basis of Disability by Public Accommodations and Commercial Facilities", provides a section-by-section analysis of 28 C.F.R. §36.302(e)(1). In its analysis and guidance, the Department of Justice's official comments state that "information about the Hotel should include, at a minimum, information about

**(iii)** Ensure that accessible guest rooms are held for use by individuals with disabilities until all other guest rooms of that type have been rented and the accessible room requested is the only remaining room of that type;

**(iv)** Reserve, upon request, accessible guest rooms or specific types of guest rooms and ensure that the guest cabins rooms are blocked and removed from all reservations systems; and

**(v)** Guarantee that the specific accessible guest room reserved through its reservations service is held for the reserving customer, regardless of whether a specific room is held in response to reservations made by others."

8.      The Encore places of lodging and the Fiesta Key RV Resort & Marina are places of public accommodation that own and/or lease and operate a place of lodging pursuant to the ADA. The Encore places of lodging and the Fiesta Key RV Resort & Marina have an online reservation system whereby potential patrons may reserve a guest cabin or rental by the night. The reservation system is subject to the requirements of 28 C.F.R.§ 36.302(e) and Defendant is responsible for said compliance.

9.      Most recently, during May, 2020 Plaintiff, from his home in this district, attempted to specifically identify and book a guaranteed reservation for an accessible cabin/rental at the Fiesta Key RV Resort & Marina through Defendant's online reservation system but was unable to do so due to Defendant's failure to comply with the requirements set forth in paragraph 7.  After the foregoing occurred, Plaintiff attempted to specifically identify and book a guaranteed reservation for an accessible guest cabin/rental at the Encore places of lodging identified on Defendant's online reservation system as listed on Exhibit "A" but was unable to do so due to Defendant's failure to comply with the requirements set forth in paragraph 7.

---

accessible entrances to the hotel, the path of travel to guest check-in and other essential services, and the accessible route to the accessible room or rooms. In addition to the room information described above, these hotels should provide information about important features that do **not** comply with the 1991 Standards." An agency's interpretation of its own regulations, such as the Department of Justice's interpretation of 28 C.F.R. §36.302(e)(1), must be given "substantial deference" and "controlling weight" unless it is "plainly erroneous or inconsistent with the regulation." *Thomas Jefferson Univ. v. Shalala*, 512 U.S. 504, 512, 114 S.Ct. 2381, 129 L.Ed.2d 405 (1994).

10.     Plaintiff is an advocate of the rights of similarly situated disabled persons and, pursuant to *Houston v. Marod Supermarkets, Inc.*, 733 F.3d 1323 (11th Cir. 2013), is a "tester" for the purpose of asserting his civil rights, monitoring, ensuring, and determining whether places of public accommodation, including online reservation systems for places of lodging, are in compliance with the ADA.

11.     Plaintiff intends to visit the online reservation system for Defendant's cabins/rentals in the near future to book a guest cabin/rental and utilize the goods, services, facilities, privileges, advantages and/or accommodations being offered and/or to test the online reservation system for compliance with 28 C.F.R. §36.302(e).

12.     Defendant has discriminated against Plaintiff by denying him access to and full and equal enjoyment of the goods, services, facilities, privileges, advantages and accommodations offered at the Encore places of lodging and Fiesta Key RV Resort & Marina through their online reservation system due to the substantive ADA violations contained thereon.

13.     The ADA violations for the online reservation system for Defendant's Encore places of lodging identified on Exhibit "A" and for the Fiesta Key RV Resort & Marina consist of the following:

a)     A failure of any policy, practice, or procedure ensuring that individuals with disabilities can make reservations for accessible guest cabins/rentals during the same hours and in the same manner as individuals who do not need accessible cabins/rentals;

b)     A failure to identify and describe accessible features in the guest cabins/rentals offered through the reservations service in enough detail to reasonably permit individuals with disabilities to assess independently whether the guest cabins/rentals meet his or her accessibility needs;

c)     A failure to ensure that accessible guest cabins/rentals are held for use by individuals with disabilities until all other guest cabins/rentals of that type have been rented and the accessible cabin/rental requested is the only remaining cabin/rental of that type;

d)   A failure to reserve, upon request, accessible guest cabins/rentals or specific types of guest cabins/rentals and ensure that the guest cabins/rentals requested are blocked and removed from all reservations systems; and

e)   A failure to guarantee that the specific accessible guest cabin/rental reserved through the reservations service is held for the reserving customer, regardless of whether a specific cabin/rental is held in response to reservations made by others.

14.   Plaintiff is without an adequate remedy at law and is suffering irreparable harm and he reasonably anticipates that he will continue to suffer irreparable harm unless and until Defendant is required to correct the ADA violations to the online reservation system for its Encore places of lodging and the Fiesta Key RV Resort & Marina and maintain the online reservation system and accompanying policies in a manner that is consistent with and compliant with the requirements of 28 C.F.R. §36.302(e).

15.   Plaintiff has retained the undersigned counsel for the filing and prosecution of this action and is entitled to recover reasonable attorneys' fees, costs and expenses from Defendant, including litigation expenses and costs pursuant to 42 U.S.C. §12205.

16.   Pursuant to 42 U.S.C. § 12188(a), this Court is provided with authority to grant injunctive relief to Plaintiff, including an Order compelling Defendant to implement policies, consistent with the ADA, to accommodate the disabled, by requiring Defendant to alter and maintain its online reservation system in accordance with the requirements set forth in paragraph 7 above.[3]

_____

[3] The injunction, to be meaningful and fulfill its intended purpose, should require Defendant to develop, and strictly enforce, a policy requiring regular monitoring of its online reservation system. As rates and classes of cabins/rentals change at its Encore places of lodging and Fiesta Key RV Resort & Marina, and the number and type of beds, accommodations and amenities offered in the various cabin/rental types change from time to time, the availability of accessible cabins/rentals must be re-dispersed across these various price points, classes, as well as across cabins/rentals with disparate features (2010 ADA Standard 224.5). In light of the foregoing, in addition to regular ongoing website maintenance and to reflect physical changes at the Encore places of lodging and Fiesta Key RV Resort & Marina, the online reservation system must continuously be updated to properly reflect and describe Defendant's compliance with the substantive ADA Standards regarding accessible places of lodging in accordance with 28 C.F.R. 36.302(e)(1).

WHEREFORE, Plaintiff, David Poschmann, requests that the Court issue a permanent injunction enjoining Defendant from continuing its discriminatory practices, ordering Defendant to implement policies, consistent with the ADA, to accommodate the disabled, through requiring Defendant to alter and maintain the online reservation system for the Encore places of lodging and Fiesta Key RV Resort & Marina in accordance with the requirements set forth in paragraph 7 above, and awarding Plaintiff reasonable attorneys' fees, litigation expenses, including expert fees, and costs.

s/Drew M. Levitt
DREW M. LEVITT
Florida Bar No: 782246
drewmlevitt@gmail.com
LEE D. SARKIN
Florida Bar No. 962848
lsarkin@aol.com
4700 N.W. Boca Raton Boulevard, Ste. 302
Boca Raton, Florida 33431
Telephone (561) 994-6922
Facsimile (561) 994-0837
Attorneys for Plaintiff

**NOTICE:** COVID-19 Update » (/coronavirus-status)

MENU   (/)

Group Reservations (/group-reservations)   ⁴  Scratchpad (/scratchpad)

Sign in (https://reservations.rvonthego.com/signin.aspx?rp=%2Fsearch-rv-resorts%2Fresults)      **Book Now**

Home (/)  /  RV Resorts & Campgrounds (/search-rv-resorts/)  /  Results

# RV Resorts & Campgrounds

## Search Results: 1 RV Resort or Campground
Use the search filters to find your perfect RV Resort or Campground.

State

Alabama ⌄

Region

All Regions ⌄

Camping Type

Cabins/Rentals ⌄

Resort Type

Select Resort Type ⌄

(/alabama/hidden-cove-rv-camping-resort/)

### Hidden Cove RV Resort (/alabama/hidden-cove-rv-camping-resort/)
687 County Rd 3919 Arley, AL 35541

**Explore & Reserve (/Alab**

EXHIBIT _A_

## Add Amenities   close

- [ ] Clubhouse
- [ ] Swimming Pool
- [ ] Fishing
- [ ] Near Beach
- [ ] Creek / Lake / Canal / River or Ocean Frontage
- [ ] WiFi
- [ ] Pets Welcome
- [ ] Nature / Hiking Trails
- [ ] Mini Golf
- [ ] Restroom/Shower Facilities
- [ ] Laundry Facilities
- [ ] Playground
- [ ] Horseshoes

## Update Search

View All Campgrounds (/search-rv-resorts/listall)

Map Search (/search-rv-resorts/mapsearch)

## Signup for Special Offers, Discounts and M

First Name          Last Name          Email Address          **Signup**

## Like Us On Facebook f (https://www.facebook.c /RVontheGo)

NEW! Camp USA Mobile App (/camp-usa)        Cabins & Rentals (/vacation-rentals)

About RVontheGo (/about-us)        Contact Us (/about-us/contact-us)

Thousand Trails Camping Pass (https://www.thousandtrails.com/membership-info?sessionGUID=eee19db4-dba9-81ee-44a1-2d9c9e6066dc&webSyncID=6ceb0e8d-6a2d-11a0-4871-00ac978b9822&sessionGUID=66622569-1ba8-d6a7-a4e6-2b3410499bed)

5/28/2020, 4:11 PM

Réservations en Français (/reservations-en-francais)

Need Help? Call 877-570-2267    Parlez-vous Français? 888-450-6885

¿Habla Español? 888-503-0546

Come work for us! (https://equitylifestyleproperties.wd5.myworkdayjobs.com/ELS)

---

This site is protected by reCAPTCHA and the Google Privacy Policy (https://policies.google.com/privacy) and Terms of Service

(https://policies.google.com/terms) apply.

© 2020 Equity LifeStyle Properties, Inc. All Rights Reserved Privacy Policy (/privacy-policy)

Case 2:20-cv-14179-XXXX   Document 1   Entered on FLSD Docket 06/04/2020   Page 11 of 87

**NOTICE:** COVID-19 Update » (/coronavirus-status)

MENU  (/)

Group Reservations (/group-reservations)   ↵   Scratchpad (/scratchpad)

Sign in (https://reservations.rvonthego.com/signin.aspx?rp=%2Fsearch-rv-resorts%2Fresults)   **Book Now**

Home (/)  /  RV Resorts & Campgrounds (/search-rv-resorts/)  /  Results

# RV Resorts & Campgrounds

## Search Results: 2 RV Resorts & Campgrounds

Use the search filters to find your perfect RV Resort or Campground.

**State**

Arizona ⌄

**Region**

All Regions ⌄

**Camping Type**

Cabins/Rentals ⌄

**Resort Type**

Family Oriented (all ages) ⌄

(/arizona/mesa-spirit-rv-resort/)

### Mesa Spirit RV Resort (/arizona/mesa-spirit-rv-resort/)

3020 E Main St Mesa, AZ 85213

**Explore & Reserve (/Ariz**

## Add Amenities    close

- ☐ Clubhouse
- ☐ Swimming Pool
- ☐ Fishing
- ☐ Near Beach
- ☐ Creek / Lake / Canal / River or Ocean Frontage
- ☐ WiFi
- ☐ Pets Welcome
- ☐ Nature / Hiking Trails
- ☐ Mini Golf
- ☐ Restroom/Shower Facilities
- ☐ Laundry Facilities
- ☐ Playground
- ☐ Horseshoes



(/arizona/verde-valley-rv-camping-resort/)

# Verde Valley RV & Camping Resort (/arizona /verde-valley-rv-camping-resort/)

6400 E. Thousand Trails Rd
Cottonwood, AZ 86326



**Explore & Reserve (/Ariz**

## Update Search

View All Campgrounds (/search-rv-resorts/listall)

Map Search (/search-rv-resorts/mapsearch)

## Signup for Special Offers, Discounts and M

First Name              Last Name              Email Address              **Signup**

## Like Us On Facebook f  (https://www.facebook.c /RVontheGo)

NEW! Camp USA Mobile App (/camp-usa)          Cabins & Rentals (/vacation-rentals)

About RVontheGo (/about-us)          Contact Us (/about-us/contact-us)

Thousand Trails Camping Pass (https://www.thousandtrails.com/membership-

info?sessionGUID=eee19db4-dba9-81ee-44a1-2d9c9e6066dc&webSyncID=6ceb0e8d-

6a2d-11a0-4871-00ac978b9822&sessionGUID=66622569-1ba8-d6a7-a4e6-2b3410499bed)

Réservations en Français (/reservations-en-francais)

Need Help? Call 877-570-2267      Parlez-vous Français? 888-450-6885

¿Habla Español? 888-503-0546

Come work for us! (https://equitylifestyleproperties.wd5.myworkdayjobs.com/ELS)

This site is protected by reCAPTCHA and the Google Privacy Policy (https://policies.google.com/privacy) and Terms of Service

(https://policies.google.com/terms) apply.

© 2020 Equity LifeStyle Properties, Inc. All Rights Reserved Privacy Policy (/privacy-policy)

5/28/2020, 4:09 PM

**NOTICE:** COVID-19 Update » (/coronavirus-status)

MENU 
ENCORE RV RESORTS · Thousand Trails (/)

Group Reservations (/group-reservations)   ⁴  Scratchpad (/scratchpad)

Sign in (https://reservations.rvonthego.com/signin.aspx?rp=%2Fsearch-rv-resorts%2Fresults)     **Book Now**

Home (/)  /  RV Resorts & Campgrounds (/search-rv-resorts/)  /  Results

# RV Resorts & Campgrounds

## Search Results: 17 RV Resorts & Campgrounds

Use the search filters to find your perfect RV Resort or Campground.

**State**

California ⌄

**Region**

All Regions ⌄

**Camping Type**

Cabins/Rentals ⌄

**Resort Type**

Family Oriented (all ages) ⌄



(/california/idyllwild-rv-resort/)

### Idyllwild RV Resort (/california/idyllwild-rv-resort/)

24400 Canyon Trail Idyllwild, CA 92549

**Explore & Reserve (/Cali**

**Add Amenities**                    close

☐ Clubhouse
☐ Swimming Pool
☐ Fishing
☐ Near Beach
☐ Creek / Lake / Canal / River
   or Ocean Frontage
☐ WiFi
☐ Pets Welcome
☐ Nature / Hiking Trails
☐ Mini Golf
☐ Restroom/Shower Facilities
☐ Laundry Facilities
☐ Playground
☐ Horseshoes

## Update Search

View All Campgrounds
(/search-rv-resorts/listall)

Map Search (/search-rv-
resorts/mapsearch)



# Lake Minden RV Resort (/california/lake-minden-rv-resort/)

1256 Marcum Rd Nicolaus, CA 95659


(/california/lake-minden-rv-resort/)

**Explore & Reserve (/Cali**



# Lake of the Springs RV Resort (/california/lake-of-the-springs-rv-resort/)

14152 French Town Road, Oregon House, CA 95962

(/california/lake-of-the-springs-rv-resort/)

**Explore & Reserve (/Cali**



# Morgan Hill RV Resort (/california/morgan-hill-rv-resort/)

12895 Uvas Rd Morgan Hill, CA 95037


(/california/morgan-hill-rv-resort/)

**Explore & Reserve (/Cali**



(/california/oakzanita-springs-rv-campground/)

## Oakzanita Springs RV Campground (/california /oakzanita-springs-rv-campground/)

11053 Highway 79, Descanso, CA 91916



**Explore & Reserve (/Cali**



(/california/pacific-dunes-ranch-rv-resort/)

## Pacific Dunes Ranch RV Resort (/california /pacific-dunes-ranch-rv-resort/)

1205 Silver Spur Place Oceano, CA 93445



**Explore & Reserve (/Cali**



(/california/palm-springs-rv-resort/)

## Palm Springs RV Resort (/california/palm-springs-rv-resort/)

77500 Varner Rd Palm Desert, CA 92211



**Explore & Reserve (/California/palm-springs-rv-resort/)**



(/california/pio-pico-rv-resort-campground/)

## Pio Pico RV Resort & Campground (/california /pio-pico-rv-resort-campground/)

14615 Otay Lakes Rd Jamul, CA 91935



**Explore & Reserve (/California/pio-pico-rv-resort-cam**



(/california/ponderosa-rv-resort/)

## Ponderosa RV Resort (/california/ponderosa-rv-resort/)

7291 Hwy 49 Lotus, CA 95651



**Explore & Reserve (/California/ponderosa-rv-resort/**

Results 1-9 of 17

< Prev   | 1 |   2 (/search-rv-resorts/results/page-2)

Next > (/search-rv-resorts/results/page-2)

## Signup for Special Offers, Discounts and M

First Name      Last Name      Email Address      **Signup**

## Like Us On Facebook f (https://www.facebook.c /RVontheGo)

NEW! Camp USA Mobile App (/camp-usa)    Cabins & Rentals (/vacation-rentals)

About RVontheGo (/about-us)    Contact Us (/about-us/contact-us)

Thousand Trails Camping Pass (https://www.thousandtrails.com/membership-info?sessionGUID=eee19db4-dba9-81ee-44a1-2d9c9e6066dc&webSyncID=6ceb0e8d-6a2d-11a0-4871-00ac978b9822&sessionGUID=66622569-1ba8-d6a7-a4e6-2b3410499bed)

Réservations en Français (/reservations-en-francais)

Need Help? Call 877-570-2267    Parlez-vous Français? 888-450-6885

¿Habla Español? 888-503-0546

Come work for us! (https://equitylifestyleproperties.wd5.myworkdayjobs.com/ELS)

This site is protected by reCAPTCHA and the Google Privacy Policy (https://policies.google.com/privacy) and Terms of Service

(https://policies.google.com/terms) apply.

© 2020 Equity LifeStyle Properties, Inc. All Rights Reserved Privacy Policy (/privacy-policy)

**NOTICE:** COVID-19 Update » (/coronavirus-status)

MENU  ENCORE RV RESORTS  *Thousand Trails* (/)

Group Reservations (/group-reservations)    4   Scratchpad (/scratchpad)

Sign in (https://reservations.rvonthego.com/signin.aspx?rp=%2Fsearch-rv-resorts%2Fresults%2Fpage-2)    **Book Now**

Home (/)  /  RV Resorts & Campgrounds (/search-rv-resorts/)  /  Results

# RV Resorts & Campgrounds

## Search Results: 17 RV Resorts & Campgrounds

Use the search filters to find your perfect RV Resort or Campground.

2Fpage-2)

**State**

California ⌄

**Region**

All Regions ⌄

**Camping Type**

Cabins/Rentals ⌄

**Resort Type**

Family Oriented (all ages) ⌄

(/california/rancho-oso-rv-camping-resort/)

### Rancho Oso RV & Camping Resort (/california/rancho-oso-rv-camping-resort/)

3750 Paradise Road Santa Barbara, CA 93105

**Explore & Reserve (/Cali**

## Add Amenities          close

- ☐ Clubhouse
- ☐ Swimming Pool
- ☐ Fishing
- ☐ Near Beach
- ☐ Creek / Lake / Canal / River or Ocean Frontage
- ☐ WiFi
- ☐ Pets Welcome
- ☐ Nature / Hiking Trails
- ☐ Mini Golf
- ☐ Restroom/Shower Facilities
- ☐ Laundry Facilities
- ☐ Playground
- ☐ Horseshoes

### Update Search

View All Campgrounds (/search-rv-resorts/listall)

2Fpage-Map Search (/search-rv-resorts/mapsearch)



(/california/russian-river-rv-campground/)

# Russian River RV Campground (/california /russian-river-rv-campground/)

33655 Geysers Rd Cloverdale, CA 95425



**Explore & Reserve (/Cali**



(/california/san-benito-rv-camping-resort/)

# San Benito RV & Camping Resort (/california/san-benito-rv-camping-resort/)

16225 Cienega Road Paicines, CA 95043



**Explore & Reserve (/Cali**



# Snowflower RV Resort (/california/snowflower-rv-resort/)

41776 Yuba Gap Drive Emigrant Gap, CA 95715

(/california/snowflower-rv-resort/)



**Explore & Reserve (/Cali**



(/california/soledad-canyon-rv-camping-resort/)

## Soledad Canyon RV & Camping Resort (/california/soledad-canyon-rv-camping-resort/)

4700 Crown Valley Road, Acton, CA 93510



**Explore & Reserve (/Cali**

2Fpage-2)



(/california/tahoe-valley-campground/)

## Tahoe Valley Campground (/california/tahoe-valley-campground/)

1175 Melba Dr South Lake Tahoe, CA 96150



**Explore & Reserve (/Cali**



(/california/wilderness-lakes-rv-resort/)

### Wilderness Lakes RV Resort (/california/wilderness-lakes-rv-resort/)

30605 Briggs Rd Menifee, CA 92584



**Explore & Reserve (/California/wilderness-lakes-rv-**



(/california/yosemite-lakes-rv-resort/)
2Fpage-2)

### Yosemite Lakes RV Resort (/california/yosemite-lakes-rv-resort/)

31191 Hardin Flat Rd. Groveland, CA 95321



**Explore & Reserve (/California/yosemite-lakes-rv-re:**

Results 10-17 of 17

< Prev (/search-rv-resorts/results)    1 (/search-rv-resorts/results)    2

Next >

## Signup for Special Offers, Discounts and M

| First Name | Last Name | Email Address | **Signup** |
|---|---|---|---|

## Like Us On Facebook f (https://www.facebook.c /RVontheGo)

NEW! Camp USA Mobile App (/camp-usa)     Cabins & Rentals (/vacation-rentals)

About RVontheGo (/about-us)     Contact Us (/about-us/contact-us)

Thousand Trails Camping Pass (https://www.thousandtrails.com/membership-

info?sessionGUID=eee19db4-dba9-81ee-44a1-2d9c9e6066dc&webSyncID=6ceb0e8d-

6a2d-11a0-4871-00ac978b9822&sessionGUID=66622569-1ba8-d6a7-a4e6-2b3410499bed)

Réservations en Français (/reservations-en-francais)

Need Help? Call 877-570-2267     Parlez-vous Français? 888-450-6885

¿Habla Español? 888-503-0546

Come work for us! (https://equitylifestyleproperties.wd5.myworkdayjobs.com/ELS)

This site is protected by reCAPTCHA and the Google Privacy Policy (https://policies.google.com/privacy) and Terms of Service

(https://policies.google.com/terms) apply.

© 2020 Equity LifeStyle Properties, Inc. All Rights Reserved Privacy Policy (/privacy-policy)

2Fpage-2)

**NOTICE:** COVID-19 Update » (/coronavirus-status)



MENU

Group Reservations (/group-reservations)    ○ Scratchpad (/scratchpad)    Sign in (https://reservations.rvonthego.com/signin.aspx?rp=%2Fsearch-rv-resorts%2Fresults)

**Book Now**

Home (/)  /  RV Resorts & Campgrounds (/search-rv-resorts/)  /  Results

# RV Resorts & Campgroun

## Search Results: 26 RV Resorts & Campgrounds

Use the search filters to find your perfect RV Resort or Campground.

**State**

Florida                                              ⌄

**Region**

All Regions                                          ⌄

**Camping Type**

Cabins/Rentals                                       ⌄

**Resort Type**

Family Oriented (all ages)                           ⌄

**Add Amenities**                              close

▢  Clubhouse

▢  Swimming Pool

▢  Fishing

▢  Near Beach

▢  Creek / Lake / Canal / River or Ocean
   Frontage

▢  WiFi

▢  Pets Welcome

▢  Nature / Hiking Trails

▢  Mini Golf

▢  Restroom/Shower Facilities

▢  Laundry Facilities



(/florida/crystal-isles-rv-resort/)

### Crystal Isles RV Resort (/florida/crystal-isles-rv-resort/)

11419 W. Fort Island Trail Crystal River, FL 34429

**Explore & Reserv (/Florida/crystal-isles-rv-re)**



(/florida/lake-magic-rv-resort/)

### Lake Magic RV Resort (/florida/lake-magic-rv-resort/)

9600 Hwy 192 West Clermont, FL 34714

**Explore & Reserv (/Florida/lake-magic-rv-re)**



### Tropical Palms Resort (/florida/tropical-palms-rv-resort/)

2650 Holiday Trail Kissimmee, FL 34746

☐ Playground

☐ Horseshoes



(/florida/tropical-palms-rv-resort/)



Explore & Reserve (/Florida/tropical-palms-rv-r

**Update Search**

View All Campgrounds (/search-rv-resorts/listall)

Map Search (/search-rv-resorts/mapsearch)



(/florida/barrington-hills-rv-resort/)

### Barrington Hills RV Resort (/florida/barrington-hills-rv-resort/)

9412 New York Avenue Hudson, FL 34667



Explore & Reserve (/Florida/barrington-hills-rv-



(/florida/bulow-rv-resort/)

### Bulow RV Resort (/florida/bulow-rv-resort/)

3345 Old Kings Road South Flagler Beach, FL 32136



Explore & Reserve (/Florida/bulow-rv-res)



(/florida/clerbrook-golf-rv-resort/)

### Clerbrook Golf & RV Resort (/florida/clerbrook-golf-rv-resort/)

20005 US Hwy 27N Clermont, FL 34715

Explore & Reserve (/Florida/clerbrook-golf-rv-r



(/florida/fiesta-key-rv-resort/)

### Fiesta Key RV Resort & Marina (/florida/fiesta-key-rv-resort/)

70001 Overseas Highway Long Key, FL 33001

Explore & Reserve (/Florida/fiesta-key-rv-re)



### Fort Myers Beach RV Resort (/florida/fort-myers-beach-rv-resort/)

16299 San Carlos Blvd Fort Myers, FL 33908



(/florida/fort-myers-beach-rv-resort/)

**Explore & Reserv** (/Florida/fort-myers-beach-rv-re)



(/florida/gulf-air-rv-resort/)

### Gulf Air RV Resort (/florida/gulf-air-rv-resort/)
17279 San Carlos Blvd. Fort Myers Beach, FL 33931

**Explore & Reserv** (/Florida/gulf-air-rv-res)

Results 1-9 of 26

‹ Prev    1    2 (/search-rv-resorts/results/page-2)    3 (/search-rv-resorts/results/page-3)

Next › (/search-rv-resorts/results/page-2)

## Signup for Special Offers, Discounts and More!

First Name          Last Name          Email Address          **Signup**

## Like Us On Facebook!  f  (https://www.facebook.com/RVontheGo/)

NEW! Camp USA Mobile App (/camp-usa)       Cabins & Rentals (/vacation-rentals)       About RVontheGo (/about-us)

Contact Us (/about-us/contact-us)

Thousand Trails Camping Pass (https://www.thousandtrails.com/membership-info?sessionGUID=eee19db4-dba9-81ee-44a1-2d9c9e6066dc&webSyncID=6ceb0e8d-6a2d-11a0-4871-00ac978b9822&sessionGUID=841dbea7-8547-80de-874c-aee575d58698)

Réservations en Français (/reservations-en-francais)

Need Help? Call 877-570-2267     Parlez-vous Français? 888-450-6835     ¿Habla Español? 888-503-0546

Come work for us! (https://equitylifestyleproperties.wd5.myworkdayjobs.com/ELS)

This site is protected by reCAPTCHA and the Google Privacy Policy (https://policies.google.com/privacy) and Terms of Service

(https://policies.google.com/terms) apply.

© 2020 Equity LifeStyle Properties, Inc. All Rights Reserved Privacy Policy (/privacy-policy)

**NOTICE:** COVID-19 Update » (/coronavirus-status)

MENU 

Group Reservations (/group-reservations)   ○ Scratchpad (/scratchpad)   Sign in (https://reservations.rvonthego.com/signin.aspx?rp=%2fsearch-rv-resorts%2Fresults%2Fpage-2)

**Book Now**

Home (/)  /  RV Resorts & Campgrounds (/search-rv-resorts/)  /  Results

# RV Resorts & Campgrounds

## Search Results: 26 RV Resorts & Campgrounds

Use the search filters to find your perfect RV Resort or Campground.

**State**

Florida ⌄

**Region**

All Regions ⌄

**Camping Type**

Cabins/Rentals ⌄

**Resort Type**

Select Resort Type ⌄

Add Amenities +

### Update Search

View All Campgrounds (/search-rv-resorts /listall)

Map Search (/search-rv-resorts/mapsearch)


(/florida/gulf-view-rv-resort/)

### Gulf View RV Resort (/florida/gulf-view-rv-resort/)
10205 Burnt Store Rd., Punta Gorda, FL 33950

**Explore & Reserve (/Florida/gulf-view-rv-resort/)**


(/florida/harbor-lakes-rv-resort/)

### Harbor Lakes RV Resort (/florida/harbor-lakes-rv-resort/)
3737 El Jobean Road, Port Charlotte, FL 33953

**Explore & Reserve (/Florida/harbor-lakes-rv-reso...**

(/florida/holiday-travel-park/)

### Holiday Travel Park (/florida/holiday-travel-park/)
1622 Aires Dr. Holiday, FL 34690

**Explore & Reserve (/florida/holiday-travel-park/**



(/florida/miami-everglades-rv-resort/)

### Miami Everglades RV Resort (/florida/miami-everglades-rv-resort/)

20675 SW 162nd Ave Miami, FL 33187

**Explore & Reserve (/Florida/miami-everglades-r**




(/florida/orlando-rv-resort/)

### Orlando RV Resort (/florida/orlando-rv-resort/)

2110 Thousand Trails Blvd Clermont, FL 34714

**Explore & Reserve (/Florida/orlando-rv-resort/)**



(/florida/peace-river-rv-camping-resort/)

### Peace River RV & Camping Resort (/florida/peace-river-rv-camping-resort/)

2555 US HWY 17S Wauchula, FL 33873



**Explore & Reserve (/Florida/peace-river-rv-camp**



(/florida/pioneer-village-rv-resort/)

### Pioneer Village RV Resort (/florida/pioneer-village-rv-resort/)

7974 Samville Road North Fort Myers, FL 33917



**Explore & Reserve (/Florida/pioneer-village-rv-re**



(/florida/ramblers-rest-rv-campground/)

### Ramblers Rest RV Campground (/florida/ramblers-rest-rv-campground/)

1300 North River Rd Venice, FL 34293



**Explore & Reserve (/Florida/ramblers-rest-rv-car**



### Rose Bay RV Resort (/florida/rose-bay-rv-resort/)

5200 S. Nova Rd Port Orange, FL 32127



(/florida/rose-bay-rv-resort/)

**Explore & Reserve (/Florida/rose-bay-rv-resort/)**

Results 10-18 of 26

< Prev (/search-rv-resorts/results)    1 (/search-rv-resorts/results)    2

3 (/search-rv-resorts/results/page-3)    Next > (/search-rv-resorts/results/page-3)

## Signup for Special Offers, Discounts and M

First Name          Last Name          Email Address          **Signup**

## Like Us On Facebook f  (https://www.facebook.com/RVonth)

NEW! Camp USA Mobile App (/camp-usa)          Cabins & Rentals (/vacation-rentals)          About RVontheGo (/about-us)

Contact Us (/about-us/contact-us)

Thousand Trails Camping Pass (https://www.thousandtrails.com/membership-info?sessionGUID=eee19db4-dba9-81ee-44a1-2d9c9e6066dc&

webSyncID=6ceb0e8d-6a2d-11a0-4871-00ac978b9822&sessionGUID=841dbea7-8547-80de-874c-aee575d58698)

Réservations en Français (/reservations-en-francais)

Need Help? Call 877-570-2267          Parlez-vous Français? 888-450-6885          ¿Habla Español? 888-503-0546

Come work for us! (https://equitylifestyleproperties.wd5.myworkdayjobs.com/ELS)

This site is protected by reCAPTCHA and the Google Privacy Policy (https://policies.google.com/privacy) and Terms of Service

(https://policies.google.com/terms) apply.

© 2020 Equity LifeStyle Properties, Inc. All Rights Reserved Privacy Policy (/privacy-policy)

NOTICE: COVID-19 Update » (/coronavirus-status)

MENU  ENCORE RV RESORTS  Thousand Trails (/)

Group Reservations (/group-reservations)   ◇ Scratchpad (/scratchpad)    Sign in (https://reservations.rvonthego.com/signin.aspx?rp=%2Fse

# RV Resorts & Campgrounds

## Search Results: 26 RV Resorts & Campgrounds

Use the search filters to find your perfect RV Resort or Campground.

**State**

Florida ⌄

**Region**

All Regions ⌄

**Camping Type**

Cabins/Rentals ⌄

**Resort Type**

Select Resort Type ⌄

**Add Amenities** +

**Update Search**

View All Campgrounds (/search-rv-resorts/listall)

Map Search (/search-rv-resorts/mapsearch)

(/florida/sherwood-forest-rv-resort/)

### Sherwood Forest RV Resort (/florida/sherwood-forest-rv-resort/)
5300 W. Irlo Bronson Memorial Hwy, Kissimmee, FL 34746



**Explore & Reserve (/Florida/sherwood-forest-rv-r**

(/florida/southern-palms-rv-resort/)

### Southern Palms RV Resort (/florida/southern-palms-rv-resort/)
One Avocado Lane Eustis, FL 32726



**Explore & Reserve (/Florida/southern-palms-rv-r**



(/florida/sunshine-holiday-daytona/)

### Sunshine Holiday Daytona (/florida/sunshine-holiday-daytona/)
1701 North US Hwy 1 Ormond Beach, FL 32174



**Explore & Reserve (/Florida/sunshine-holiday-da**



MENU



ENCORE RV RESORTS 

Group Reservations (/group-reservations)    Scratchpad (/scratchpad)    Sign in (https://reservations.rvonthego.com/signin.aspx?rp=%2Fse

**Sunshine Key RV Resort & Marina (/florida/sunshine-key-rv-resort-marina/)**
38801 Overseas Highway, Big Pine Key, FL 33043

(/florida/sunshine-key-rv-resort-marina/)

**Explore & Reserve (/Florida/sunshine-key-rv-reso**



(/florida/sunshine-travel-rv-resort/)

**Sunshine Travel RV Resort (/florida/sunshine-travel-rv-resort/)**
9455 108th Ave Vero Beach, FL 32967

**Explore & Reserve (/Florida/sunshine-travel-rv-re**



(/florida/topics-rv-resort/)

**Topics RV Resort (/florida/topics-rv-resort/)**
13063 County Line Rd Spring Hill, FL 34609

**Explore & Reserve (/Florida/topics-rv-resort/)**



(/florida/vacation-village-rv-resort/)

**Vacation Village RV Resort (/florida/vacation-village-rv-resort/)**
6900 Ulmerton Road Largo, FL 33771

**Explore & Reserve (/Florida/vacation-village-rv-r**



(/florida/winter-quarters-pasco-rv-resort/)

**Winter Quarters Pasco RV Resort (/florida/winter-quarters-pasco-rv-resort/)**
21632 State Road 54 Lutz, FL 33549

**Explore & Reserve (/Florida/winter-quarters-pasc**

Results 19-26 of 26

< Prev (/search-rv-resorts/results/page-2)    1 (/search-rv-resorts/results)

2 (/search-rv-resorts/results/page-2)    Next > (/)

**NOTICE:** COVID-19 Update » (/coronavirus-status)

ENCORE    *Thousand*
RV RESORTS    *Trails*

Group Reservations (/group-reservations)    ○ Scratchpad (/scratchpad)    Sign in (https://reservations.rvonthego.com/signin.aspx?rp=%2Fse

## Signup for Special Offers, Discounts and More!

First Name          Last Name          Email Address          **Signup**

## Like Us On Facebook! **f** (https://www.facebook.com/RVontheGo/)

NEW! Camp USA Mobile App (/camp-usa)    Cabins & Rentals (/vacation-rentals)    About RVontheGo (/about-us)

Contact Us (/about-us/contact-us)

Thousand Trails Camping Pass (https://www.thousandtrails.com/membership-info?sessionGUID=eee19db4-dba9-81ee-44a1-2d9c9e6066dc&
webSyncID=6ceb0e8d-6a2d-11a0-4871-00ac978b9822&sessionGUID=841dbea7-8547-80de-874c-aee575d58698)

Réservations en Français (/reservations-en-francais)

Need Help? Call 877-570-2267    Parlez-vous Français? 888-450-6885    ¿Habla Español? 888-503-0546

Come work for us! (https://equitylifestyleproperties.wd5.myworkdayjobs.com/ELS)

This site is protected by reCAPTCHA and the Google Privacy Policy (https://policies.google.com/privacy) and Terms of Service

(https://policies.google.com/terms) apply.

© 2020 Equity LifeStyle Properties, Inc. All Rights Reserved Privacy Policy (/privacy-policy)

**NOTICE:** COVID-19 Update » (/coronavirus-status)

MENU

ENCORE RV RESORTS  Thousand Trails (/)

Group Reservations (/group-reservations)   ⁴   Scratchpad (/scratchpad)

Sign in (https://reservations.rvonthego.com/signin.aspx?rp=%2Fsearch-rv-resorts%2Fresults)   **Book Now**

Home (/)  /  RV Resorts & Campgrounds (/search-rv-resorts/)  /  Results

# RV Resorts & Campgrounds

## Search Results: 2 RV Resorts & Campgrounds
Use the search filters to find your perfect RV Resort or Campground.

**State**

Illinois ⌄

**Region**

All Regions ⌄

**Camping Type**

Cabins/Rentals ⌄

**Resort Type**

Family Oriented (all ages) ⌄


(/illinois/oconnells-yogi-bear-park/)

### O'Connell's Yogi Bear Park (/illinois/oconnells-yogi-bear-park/)
970 Green Wing Road - PO Box 200
Amboy, IL 61310-0200

**Explore & Reserve (/Illin**

## Add Amenities     close

- ☐ Clubhouse
- ☐ Swimming Pool
- ☐ Fishing
- ☐ Near Beach
- ☐ Creek / Lake / Canal / River or Ocean Frontage
- ☐ WiFi
- ☐ Pets Welcome
- ☐ Nature / Hiking Trails
- ☐ Mini Golf
- ☐ Restroom/Shower Facilities
- ☐ Laundry Facilities
- ☐ Playground
- ☐ Horseshoes



(/illinois/pine-country-rv-camping-resort/)

# Pine Country RV & Camping Resort (/illinois/pine-country-rv-camping-resort/)

5710 Shattuck Rd. Belvidere, IL 61008

**Explore & Reserve (/Illin**

## Update Search

View All Campgrounds (/search-rv-resorts/listall)

Map Search (/search-rv-resorts/mapsearch)

## Signup for Special Offers, Discounts and M

First Name          Last Name          Email Address          **Signup**

## Like Us On Facebook f  (https://www.facebook.c /RVontheG)

NEW! Camp USA Mobile App (/camp-usa)     Cabins & Rentals (/vacation-rentals)

About RVontheGo (/about-us)     Contact Us (/about-us/contact-us)

Thousand Trails Camping Pass (https://www.thousandtrails.com/membership-info?sessionGUID=eee19db4-dba9-81ee-44a1-2d9c9e6066dc&webSyncID=6ceb0e8d-6a2d-11a0-4871-00ac978b9822&sessionGUID=66622569-1ba8-d6a7-a4e6-2b3410499bed)

Réservations en Français (/reservations-en-francais)

Need Help? Call 877-570-2267      Parlez-vous Français? 888-450-6885

¿Habla Español? 888-503-0546

Come work for us! (https://equitylifestyleproperties.wd5.myworkdayjobs.com/ELS)

---

This site is protected by reCAPTCHA and the Google Privacy Policy (https://policies.google.com/privacy) and Terms of Service

(https://policies.google.com/terms) apply.

© 2020 Equity LifeStyle Properties, Inc. All Rights Reserved Privacy Policy (/privacy-policy)

**NOTICE:** COVID-19 Update » (/coronavirus-status)



MENU                                                                    (/)

Group Reservations (/group-reservations)     Scratchpad (/scratchpad)

Sign in (https://reservations.rvonthego.com/signin.aspx?rp=%2Fsearch-rv-resorts%2Fresults)          **Book Now**

Home (/)  /  RV Resorts & Campgrounds (/search-rv-resorts/)  /  Results

# RV Resorts & Campgrounds

## Search Results: 2 RV Resorts & Campgrounds

Use the search filters to find your perfect RV Resort or Campground.

**State**

Indiana                                    ⌄

**Region**

All Regions                                ⌄

**Camping Type**

Cabins/Rentals                             ⌄

**Resort Type**

Family Oriented (all ages)   ⌄



(/indiana/indian-lakes-rv-
campground/)

### Indian Lakes RV Campground (/indiana /indian-lakes-rv- campground/)

7234 E State Rd 46 Batesville, IN 47006

**Explore & Reserve (/Indi**

## Add Amenities          close

- ☐ Clubhouse
- ☐ Swimming Pool
- ☐ Fishing
- ☐ Near Beach
- ☐ Creek / Lake / Canal / River or Ocean Frontage
- ☐ WiFi
- ☐ Pets Welcome
- ☐ Nature / Hiking Trails
- ☐ Mini Golf
- ☐ Restroom/Shower Facilities
- ☐ Laundry Facilities
- ☐ Playground
- ☐ Horseshoes



(/indiana/twin-mills-camping-resort/)

# Twin Mills Camping Resort (/indiana/twin-mills-camping-resort/)

1675 W. SR 120 Howe, IN 46746



**Explore & Reserve (/Indi**

## Update Search

View All Campgrounds (/search-rv-resorts/listall)

Map Search (/search-rv-resorts/mapsearch)

## Signup for Special Offers, Discounts and M

First Name          Last Name          Email Address          **Signup**

## Like Us On Facebook f  (https://www.facebook.c /RVontheG0)

NEW! Camp USA Mobile App (/camp-usa)     Cabins & Rentals (/vacation-rentals)

About RVontheGo (/about-us)     Contact Us (/about-us/contact-us)

Thousand Trails Camping Pass (https://www.thousandtrails.com/membership-info?sessionGUID=eee19db4-dba9-81ee-44a1-2d9c9e6066dc&webSyncID=6ceb0e8d-6a2d-11a0-4871-00ac978b9822&sessionGUID=66622569-1ba8-d6a7-a4e6-2b3410499bed)

Réservations en Français (/reservations-en-francais)

Need Help? Call 877-570-2267     Parlez-vous Français? 888-450-6885

¿Habla Español? 888-503-0546

Come work for us! (https://equitylifestyleproperties.wd5.myworkdayjobs.com/ELS)

This site is protected by reCAPTCHA and the Google Privacy Policy (https://policies.google.com/privacy) and Terms of Service

(https://policies.google.com/terms) apply.

© 2020 Equity LifeStyle Properties, Inc. All Rights Reserved Privacy Policy (/privacy-policy)

**NOTICE:** COVID-19 Update » (/coronavirus-status)



MENU

Group Reservations (/group-reservations)   ↑   Scratchpad (/scratchpad)   Sign in (https://reservations.rvontego.com/signin.aspx?rp=%2Fsearch-rv-resorts%2Fresults)

**Book Now**

Home (/)  /  RV Resorts & Campgrounds (/search-rv-resorts/)  /  Results

# RV Resorts & Campgroun

## Search Results: 2 RV Resorts & Campgrounds

Use the search filters to find your perfect RV Resort or Campground.

**State**

Massachusetts   ⌄

**Region**

All Regions   ⌄

**Camping Type**

Cabins/Rentals   ⌄

**Resort Type**

Family Oriented (all ages)   ⌄

**Add Amenities**   close

☐ Clubhouse
☐ Swimming Pool
☐ Fishing
☐ Near Beach
☐ Creek / Lake / Canal / River or Ocean Frontage
☐ WiFi
☐ Pets Welcome
☐ Nature / Hiking Trails
☐ Mini Golf
☐ Restroom/Shower Facilities
☐ Laundry Facilities
☐ Playground
☐ Horseshoes



(/massachusetts/gateway-to-cape-cod-rv/)

### Gateway to Cape Cod RV Campground (/massachusetts/gateway-to-cape-cod-rv/)

90 Stevens Road Rochester, MA 02770

**Explore & Reserv**(/Massachusetts/gateway-to-ca

(/massachusetts/sturbridge-rv-resort/)

### Sturbridge RV Resort (/massachusetts/sturbridge-rv-resort/)

19 Mashapaug Rd. Sturbridge, MA 01566

**Explore & Reserv**(/Massachusetts/sturbridge-r\

**Update Search**

View All Campgrounds (/search-rv-resorts
/listall)

Map Search (/search-rv-resorts/mapsearch)

## Signup for Special Offers, Discounts and M

First Name          Last Name          Email Address          **Signup**

## Like Us On Facebook f (https://www.facebook.com/RVonth)

NEW! Camp USA Mobile App (/camp-usa)          Cabins & Rentals (/vacation-rentals)          About RVontheGo (/about-us)

Contact Us (/about-us/contact-us)

Thousand Trails Camping Pass (https://www.thousandtrails.com/membership-info?sessionGUID=eee19db4-dba9-81ee-

44a1-2d9c9e6066dc&webSyncID=6ceb0e8d-6a2d-11a0-4871-00ac978b9822&sessionGUID=841dbea7-8547-80de-874c-aee575d58698)

Réservations en Français (/reservations-en-francais)

Need Help? Call 877-570-2267     Parlez-vous Français? 888-450-6885     ¿Habla Español? 888-503-0546

Come work for us! (https://equitylifestyleproperties.wd5.myworkdayjobs.com/ELS)

This site is protected by reCAPTCHA and the Google Privacy Policy (https://policies.google.com/privacy) and Terms of Service

(https://policies.google.com/terms) apply.

© 2020 Equity LifeStyle Properties, Inc. All Rights Reserved Privacy Policy (/privacy-policy)

NOTICE: COVID-19 Update » (/coronavirus-status)

MENU


ENCORE RV RESORTS  Thousand Trails (/)

# RV Resorts & Campgrounds

## Search Results: 4 RV Resorts & Campgrounds

Use the search filters to find your perfect RV Resort or Campground.

**State**

Maine   ∨

**Region**

All Regions   ∨

**Camping Type**

Cabins/Rentals   ∨

**Resort Type**

Family Oriented (all ages)   ∨

**Add Amenities**                     close

☐ Clubhouse
☐ Swimming Pool
☐ Fishing
☐ Near Beach
☐ Creek / Lake / Canal / River or Ocean Frontage
☐ WiFi
☐ Pets Welcome
☐ Nature / Hiking Trails
☐ Mini Golf
☐ Restroom/Shower Facilities
☐ Laundry Facilities
☐ Playground
☐ Horseshoes

**Update Search**


(/maine/moody-beach-rv-campground/)

### Moody Beach RV Campground (/maine/moody-beach-rv-campground/)
266 Post Road Wells, ME 04090

**Explore & Reserve (/Maine/moody-beach-rv-campg**


(/maine/mt-desert-narrows-camping-resort/)

### Mt Desert Narrows Camping Resort (/maine/mt-desert-narrows-camping-resort/)
1219 State Hwy 3 Bar Harbor, ME 04609



**Explore & Reserve (/Maine/mt-desert-narrows-cam**


(/maine/narrows-too-camping-resort/)

### Narrows Too Camping Resort (/maine/narrows-too-camping-resort/)
1150 Bar Harbor Rd. Trenton, ME 04605



**Explore & Reserve (/Maine/narrows-too-camping-re**



View All Campgrounds (/search-rv-resorts/listall)

Map Search (/search-rv-resorts/mapsearch)

**Patten Pond Camping Resort (/maine/patten-pond-camping-resort/)**
1470 Bucksport Rd Ellsworth, ME 04605

(/maine/patten-pond-camping-resort/)

Signup for Special Offers, Discounts and More!

First Name     Last Name     Email Address     **Signup**

**Explore & Reserve (/Maine/patten-pond-camping-resort/)**

---

**Like Us On Facebook! f (https://www.facebook.com/RVontheGo/)**

NEW! Camp USA Mobile App (/camp-usa)     Cabins & Rentals (/vacation-rentals)     About RVontheGo (/about-us)

Contact Us (/about-us/contact-us)

Thousand Trails Camping Pass (https://www.thousandtrails.com/membership-info?sessionGUID=eee19db4-dba9-81ee-44a1-2d9c9e6066dc&webSyncID=6ceb0e8d-6a2d-11a0-00ac978b9822&sessionGUID=841dbea7-8547-80de-874c-aee575d58698)

Réservations en Français (/reservations-en-francais)

Need Help? Call 877-570-2267     Parlez-vous Français? 888-450-6885     ¿Habla Español? 888-503-0546

Come work for us! (https://equitylifestyleproperties.wd5.myworkdayjobs.com/ELS)

---

This site is protected by reCAPTCHA and the Google Privacy Policy (https://policies.google.com/privacy) and Terms of Service

(https://policies.google.com/terms) apply.

© 2020 Equity LifeStyle Properties, Inc. All Rights Reserved Privacy Policy (/privacy-policy)

**NOTICE:** COVID-19 Update » (/coronavirus-status)



MENU

Group Reservations (/group-reservations)   ↑ Scratchpad (/scratchpad)   Sign in (https://reservations.rvonthego.com/signin.aspx?rp=%2Fsearch-rv-resorts%2Fresults)

**Book Now**

Home (/)  /  RV Resorts & Campgrounds (/search-rv-resorts/)  /  Results

# RV Resorts & Campgrounds

## Search Results: 2 RV Resorts & Campgrounds

Use the search filters to find your perfect RV Resort or Campground.

State

Michigan ⌄

Region

All Regions ⌄

Camping Type

Cabins/Rentals ⌄

Resort Type

Family Oriented (all ages) ⌄

Add Amenities          close

☐ Clubhouse
☐ Swimming Pool
☐ Fishing
☐ Near Beach
☐ Creek / Lake / Canal / River or Ocean Frontage
☐ WiFi
☐ Pets Welcome
☐ Nature / Hiking Trails



(/michigan/bear-cave-rv-campground/)

### Bear Cave RV Campground (/michigan/bear-cave-rv-campground/)

4085 Bear Cave Road Buchanan Buchanan, MI 49107

**Explore & Reserve (/Michigan/bear-cave·**



(/michigan/st-clair-rv-resort/)

### St Clair RV Resort (/michigan/st-clair-rv-resort/)

1299 Wadhams Road Saint Clair, MI 48079

**Explore & Reserve (/Michigan/st-clair-rv·**

- Mini Golf
- Restroom/Shower Facilities
- Laundry Facilities
- Playground
- Horseshoes

## Update Search

View All Campgrounds (/search-rv-resorts/listall)

Map Search (/search-rv-resorts/mapsearch)

## Signup for Special Offers, Discounts and M

First Name          Last Name          Email Address          **Signup**

## Like Us On Facebook f  (https://www.facebook.com/RVonthe)

NEW! Camp USA Mobile App (/camp-usa)      Cabins & Rentals (/vacation-rentals)      About RVontheGo (/about-us)

Contact Us (/about-us/contact-us)

Thousand Trails Camping Pass (https://www.thousandtrails.com/membership-info?sessionGUID=eee19db4-dba9-81ee-44a1-2d9c9e6066dc&webSyncID=6ceb0e8d-6a2d-11a0-4871-00ac978b9822&sessionGUID=841dbea7-8547-80de-874c-aee575d58698)

Réservations en Français (/reservations-en-francais)

Need Help? Call 877-570-2267      Parlez-vous Français? 888-450-6885      ¿Habla Español? 888-503-0546

Come work for us! (https://equitylifestyleproperties.wd5.myworkdayjobs.com/ELS)

This site is protected by reCAPTCHA and the Google Privacy Policy (https://policies.google.com/privacy) and Terms of Service

(https://policies.google.com/terms) apply.

© 2020 Equity LifeStyle Properties, Inc. All Rights Reserved Privacy Policy (/privacy-policy)

**NOTICE:** COVID-19 Update



MENU

Group Reservations (/group-reservations)    1  Scratchpad (/scratchpad)

# RV Resorts & Campgroun

## Search Results: 1 RV Resort or Campground

Use the search filters to find your perfect RV Resort or Campground.

**State**

Nevada                        ⌄

**Region**

All Regions                   ⌄

**Camping Type**

Cabins/Rentals                ⌄

**Resort Type**

Family Oriented (all ages)    ⌄

**Add Amenities**          close

☐   Clubhouse

☐   Swimming Pool

(/nevada/las-vegas-rv-resort/)

### Thousand Trails Las Vegas RV Resort (/nevada/las-vegas-rv-resort/)

4295 Boulder Hwy Las Vegas, NV 89121

**Explore & Reserv** (/Nevada

☐ Fishing

☐ Near Beach

☐ Creek / Lake / Canal / River or
Ocean Frontage

☐ WiFi

☐ Pets Welcome

☐ Nature / Hiking Trails

☐ Mini Golf

☐ Restroom/Shower Facilities

☐ Laundry Facilities

☐ Playground

☐ Horseshoes

**NOTICE:** COVID-19 Update

ENCORE RV RESORTS   *Thousand Trails* (/)

MENU

Group Reservations (/group-reservations)   ¹ Scratchpad (/scratchpad)

## Update Search

View All Campgrounds
(/search-rv-resorts/listall)

Map Search (/search-rv-resorts/mapsearch)

## Signup for Special Offers, Discounts and M

First Name            Last Name            Email Address            **Signup**

## Like Us On Facebook f  (https://www.facebook.c /RVontheGo)

NEW! Camp USA Mobile App (/camp-usa)        Cabins & Rentals (/vacation-rentals)

About RVontheGo (/about-us)        Contact Us (/about-us/contact-us)

Thousand Trails Camping Pass (https://www.thousandtrails.com/membership-info?sessionGUID=eee19db4-dba9-81ee-44a1-2d9c9e6066dc&webSyncID=6ceb0e8d-6a2d-11a0-4871-00ac978b9822&sessionGUID=841dbea7-8547-80de-874c-aee575d58698)

Réservations en Français (/reservations-en-francais)

Need Help? Call 877-570-2267      Parlez-vous Français? 888-450-6885      ¿Habla Español? 888-503-0546

Come work for us! (https://equitylifestyleproperties.wd5.myworkdayjobs.com/ELS)

**NOTICE:** COVID-19 Update

This site is protected by reCAPTCHA and the Google Privacy Policy (https://policies.google.com/privacy) and Terms of Service

MENU    ENCORE *Thousand* (/)
RV RESORTS    *Falls* (https://policies.google.com/terms) apply.

© 2020 Equity LifeStyle Properties, Inc. All Rights Reserved Privacy Policy (/privacy-policy)

Group Reservations (/group-reservations)    1   Scratchpad (/scratchpad)

Campgrounds Search https://reservations.rvonthego.com/search-rv-resorts/results

NOTICE: COVID-19 Update » (/coronavirus-status)



MENU

Group Reservations (/group-reservations)   ↑ Scratchpad (/scratchpad)    Sign in (https://reservations.rvonthego.com/signin.aspx?rp=%2Fsearch-rv-resorts%2Fresults)    **Book Now**

Home (/)

/  RV Resorts & Campgrounds (/search-rv-resorts/) /   Results

# RV Resorts & Campgrounds

## Search Results: 3 RV Resorts & Campgrounds

Use the search filters to find your perfect RV Resort or Campground.

**State**

New Hampshire ⌄

**Region**

All Regions ⌄

**Camping Type**

Cabins/Rentals ⌄

**Resort Type**

Family Oriented (all ages) ⌄

**Add Amenities**                     close

Clubhouse
Swimming Pool
Fishing
Near Beach
Creek / Lake / Canal / River or Ocean Frontage
WiFi
Pets Welcome
Nature / Hiking Trails
Mini Golf
Restroom/Shower Facilities
Laundry Facilities
Playground
Horseshoes



(/new-hampshire/pine-acres-resort/)

**Pine Acres Resort (/new-hampshire/pine-acres-resort/)**
74 Freetown Road Raymond, NH 03077

**Explore & Reserve (/New-hampshire/pine-acres-resort/**





(/new-hampshire/sandy-beach-rv-camping-resort/)

**Sandy Beach RV & Camping Resort (/new-hampshire/sandy-beach-rv-camping-resort/)**
677 Clement Hill Rd Contoocook, NH 03229

**Explore & Reserve (/new-hampshire/sandy-beach-rv-ca**



(/new-hampshire/tuxbury-pond-rv-resort/)

**Tuxbury Pond RV Resort (/new-hampshire/tuxbury-pond-rv-resort/)**
88 Whitehall Road South Hampton, NH 03827

**Explore & Reserve (/New-hampshire/tuxbury-pond-rv-re**

**Update Search**

View All Campgrounds (/search-rv-resorts/listall)

Map Search (/search-rv-resorts/mapsearch)

## Signup for Special Offers, Discounts and N

First Name          Last Name          Email Address          **Signup**

## Like Us On Facebook f (https://www.facebook.com/RVonth)

NEW! Camp USA Mobile App (/camp-usa)          Cabins & Rentals (/vacation-rentals)          About RVontheGo (/about-us)

Contact Us (/about-us/contact-us)

Thousand Trails Camping Pass (https://www.thousandtrails.com/membership-info?sessionGUID=eee19db4-dba9-81ee-44a1-2d9c9e6066dc&

webSyncID=6ceb0e8d-6a2d-11a0-4871-00ac978b9822&sessionGUID=841dbea7-8547-80de-874c-aee575d58698)

Réservations en Français (/reservations-en-francais)

Need Help? Call 877-570-2267          Parlez-vous Français? 888-450-6885          ¿Habla Español? 888-503-0546

Come work for us! (https://equitylifestyleproperties.wd5.myworkdayjobs.com/ELS)

This site is protected by reCAPTCHA and the Google Privacy Policy (https://policies.google.com/privacy) and Terms of Service

(https://policies.google.com/terms) apply.

© 2020 Equity LifeStyle Properties, Inc. All Rights Reserved Privacy Policy (/privacy-policy)

Campgrounds search...rvonthego.com/search-rv-resorts/results

**NOTICE:** COVID-19 Update » (/coronavirus-status)

 

MENU

ENCORE RV RESORTS — Thousand Trails (/)

Group Reservations (/group-reservations)   ¹ Scratchpad (/scratchpad)   Sign in (https://reservations.rvonthego.com/signin.aspx?rp=%2Fsearch-rv-resorts%2Fresults)   **Book Now**

Home (/)  /  RV Resorts & Campgrounds (/search-rv-resorts/)  /  Results

# RV Resorts & Campgroun

## Search Results: 6 RV Resorts & Campgrounds

Use the search filters to find your perfect RV Resort or Campground.

**State**

New Jersey ⌄

**Region**

All Regions ⌄

**Camping Type**

Cabins/Rentals ⌄

**Resort Type**

Family Oriented (all ages) ⌄

**Add Amenities**          close

☐ Clubhouse
☐ Swimming Pool
☐ Fishing
☐ Near Beach
☐ Creek / Lake / Canal / River or Ocean Frontage
☐ WiFi
☐ Pets Welcome
☐ Nature / Hiking Trails
☐ Mini Golf
☐ Restroom/Shower Facilities
☐ Laundry Facilities
☐ Playground
☐ Horseshoes

(/new-jersey/chestnut-lake-rv-campground/)

**Chestnut Lake RV Campground (/new-jersey/chestnut-lake-rv-campground/)**

631 Chestnut Neck Rd Port Republic, NJ 08241

**Explore & Reserve** (/New-jersey/chestnut-lake-rv-

(/new-jersey/echo-farms-campground/)

**Echo Farms Campground (/new-jersey/echo-farms-campground/)**

3066 North Route 9 Ocean View, NJ 08230

**Explore & Reserve** (/New-jersey/echo-farms-camp

(/new-jersey/king-nummy-trail-campground/)

**King Nummy Trail Campground (/new-jersey/king-nummy-trail-campground/)**

205 Route 47 South Cape May Court House, NJ 08210

**Explore & Reserve** (/New-jersey/king-nummy-trail

**Update Searc**

View All Campgrounds (/search-rv-resorts /listall)

Map Search (/search-rv-resorts/mapsearch)



(/new-jersey/lake-shore-rv-resort/)

**Lake & Shore RV Resort (/new-jersey/lake-shore-rv-resort/)**

515 Corson Tavern Road Ocean View, NJ 08230



**Explore & Reserv (/New-jersey/lake-shore-rv-re**



(/new-jersey/mays-landing-campground/)

**Mays Landing Campground (/new-jersey/mays-landing-campground/)**

1079 12th Avenue Mays Landing, NJ 08330

**Explore & Reserv (/New-jersey/mays-landing-car**



(/new-jersey/sea-pines-rv-resort-campgound/)

**Sea Pines RV Resort & Campground (/new-jersey /sea-pines-rv-resort-campgound/)**

1535 Route 9 Swainton, NJ 08210

**Explore & Reserv (/New-jersey/sea-pines-rv-reso**

## Signup for Special Offers, Discounts and M

First Name       Last Name       Email Address       **Signuç**

## Like Us On Facebookf (https://www.facebook.com/RVonth)

NEW! Camp USA Mobile App (/camp-usa)       Cabins & Rentals (/vacation-rentals)       About RVontheGo (/about-us)

Contact Us (/about-us/contact-us)

Thousand Trails Camping Pass (https://www.thousandtrails.com/membership-info?sessionGUID=eee19db4-dba9-81ee-

44a1-2d9c9e6066dc&webSyncID=6ceb0e8d-6a2d-11a0-4871-00ac978b9822&sessionGUID=841dbea7-8547-80de-874c-aee575d58698)

Réservations en Français (/reservations-en-francais)

Need Help? Call 877-570-2267     Parlez-vous Français? 888-450-6885     ¿Habla Español? 888-503-0546

Come work for us! (https://equitylifestyleproperties.wd5.myworkdayjobs.com/ELS)

This site is protected by reCAPTCHA and the Google Privacy Policy (https://policies.google.com/privacy) and Terms of Service

(https://policies.google.com/terms) apply.

© 2020 Equity LifeStyle Properties, Inc. All Rights Reserved Privacy Policy (/privacy-policy)

NOTICE: COVID-19 Update » (/coronavirus-status)



MENU    ENCORE RV RESORTS   Thousand Trails (/)

Group Reservations (/group-reservations)   ¹   Scratchpad (/scratchpad)     Sign in (https://reservations.rvonthego.com/signin.aspx?rp=%2Fsearch-rv-resorts%2Fresults)

**Book Now**

Home (/) / RV Resorts & Campgrounds (/search-rv-resorts/) / Results

# RV Resorts & Campgrounds

## Search Results: 4 RV Resorts & Campgrounds

Use the search filters to find your perfect RV Resort or Campground.

**State**

New York       ⌄

**Region**

All Regions       ⌄

**Camping Type**

Cabins/Rentals       ⌄

**Resort Type**

Family Oriented (all ages)       ⌄

**Add Amenities**       close

- ☐ Clubhouse
- ☐ Swimming Pool
- ☐ Fishing
- ☐ Near Beach
- ☐ Creek / Lake / Canal / River or Ocean Frontage
- ☐ WiFi
- ☐ Pets Welcome
- ☐ Nature / Hiking Trails
- ☐ Mini Golf
- ☐ Restroom/Shower Facilities
- ☐ Laundry Facilities
- ☐ Playground



(/new-york/alpine-lake-rv-resort/)

### Alpine Lake RV Resort (/new-york/alpine-lake-rv-resort/)

78 Heath Rd Corinth, NY 12822

**Explore & Reserve (/New-york/alpine-lake-rv-1**



(/new-york/brennan-beach-rv-resort/)

### Brennan Beach RV Resort (/new-york/brennan-beach-rv-resort/)

80 Brennan Beach Pulaski, NY 13142

**Explore & Reserve (/New-york/brennan-beach-**



(/new-york/lake-george-escape-

☐ Horseshoes

campground/)

**Lake George Escape Campground (/new-york/lake-george-escape-campground/)**
175 East Schroon River Rd Diamond Point, NY 12824

### Update Search

View All Campgrounds (/search-rv-resorts/listall)

Map Search (/search-rv-resorts/mapsearch)

**Explore & Reserve (/New-york/lake-george-esc**

## Signup for Special Offers, Discounts and More!

First Name          Last Name          Email Address **Rondout Valley RV Campground (/new-york/rondout-valley-rv-campground/)**
105 Mettacahonts Rd, Accord, NY 12404

**Like Us On Facebook!  f  (https://www.facebook.com/RVontheGo/)**

NEW! Camp USA Mobile App (/camp-usa)      Cabins & Rentals (/vacation-rentals)      About RVontheGo (/about-us)

Contact Us (/about-us/contact-us)
(/new-york/rondout-valley-rv-campground/)

Thousand Trails Camping Pass (https://www.thousandtrails.com/membership-info?sessionGUID=eee19db4-dba9-81ee-44a1-2d9c9e6066dc&webSyncID=6ceb0e8d-6a2d-11a0-4871-00ac978b9822&sessionGUID=841dbea7-8547-80de-874c-aee575d58698)

**Explore & Reserve (/New-york/rondout-valley-**

Réservations en Français (/reservations-en-francais)

Need Help? Call 877-570-2267      Parlez-vous Français? 888-450-6885      ¿Habla Español? 888-503-0546

Come work for us! (https://equitylifestyleproperties.wd5.myworkdayjobs.com/ELS)

This site is protected by reCAPTCHA and the Google Privacy Policy (https://policies.google.com/privacy) and Terms of Service

(https://policies.google.com/terms) apply.

© 2020 Equity LifeStyle Properties, Inc. All Rights Reserved Privacy Policy (/privacy-policy)

5/28/2020, 12:32 PM

NOTICE: COVID-19 Update » (/coronavirus-status)


ENCORE Thousand (/)
RV RESORTS Trails

MENU

Home (/)    Group Reservations (/group-reservations)   ¹ Scratchpad (/scratchpad)    Sign in (https://reservations.rvonthego.com/signin.aspx?rp=%2Fsearch-rv-resorts%2Fresults)    **Book Now**

/  RV Resorts & Campgrounds (/search-rv-resorts/)  /  Results

# RV Resorts & Campgrounds

## Search Results: 6 RV Resorts & Campgrounds
Use the search filters to find your perfect RV Resort or Campground.

**State**

North Carolina ⌄

**Region**

All Regions ⌄

**Camping Type**

Cabins/Rentals ⌄

**Resort Type**

Select Resort Type ⌄

**Add Amenities**                    close

☐ Clubhouse
☐ Swimming Pool
☐ Fishing
☐ Near Beach
☐ Creek / Lake / Canal / River or Ocean Frontage
☐ WiFi
☐ Pets Welcome
☐ Nature / Hiking Trails
☐ Mini Golf
☐ Restroom/Shower Facilities
☐ Laundry Facilities
☐ Playground
☐ Horseshoes

**Update Search**

View All Campgrounds (/search-rv-resorts/listall)

Map Search (/search-rv-resorts/mapsearch)


(/north-carolina/forest-lake-rv-camping-resort/)

### Forest Lake RV & Camping Resort (/north-carolina/forest-lake-rv-camping-resort/)
192 Thousand Trails Dr Advance, NC 27006

**Explore & Reserve (/North-carolina/forest-lake-rv-cam**


(/north-carolina/goose-creek-rv-camping-resort/)

### Goose Creek RV & Camping Resort (/north-carolina/goose-creek-rv-camping-resort/)
350 Red Barn Road Newport, NC 28570

**Explore & Reserve (/North-carolina/goose-creek-rv-ca**


(/north-carolina/green-mountain-park/)

### Green Mountain Park (/north-carolina/green-mountain-park/)
2495 Dimmette Rd. Lenoir, NC 28645

**Explore & Reserve (/North-carolina/green-mountain-pa**

### Lake Myers RV & Camping Resort (/north-carolina/lake-myers-rv-camping-resort/)
2862 U.S. 64 West Mocksville, NC 27028



(/north-carolina/lake-myers-rv-camping-resort/)

**Explore & Reserve (/North-carolina/lake-myers-rv-cam**



### Twin Lakes RV & Camping Resort (/north-carolina/twin-lakes-rv-camping-resort/)

1618 Memory Lane Chocowinity, NC 27817

(/north-carolina/twin-lakes-rv-camping-resort/)

**Explore & Reserve (/North-carolina/twin-lakes-rv-cam**



### White Oak Shores (/north-carolina/white-oak-shores/)

400 Wetherington Landing Road Stella, NC 28582

(/north-carolina/white-oak-shores/)

**Explore & Reserve (/North-carolina/white-oak-shores/)**

## Signup for Special Offers, Discounts and M

First Name        Last Name        Email Address        **Signup**

## Like Us On Facebook f  (https://www.facebook.com/RVonth)

NEW! Camp USA Mobile App (/camp-usa)        Cabins & Rentals (/vacation-rentals)        About RVontheGo (/about-us)

Contact Us (/about-us/contact-us)

Thousand Trails Camping Pass (https://www.thousandtrails.com/membership-info?sessionGUID=eee19db4-dba9-81ee-44a1-2d9c9e6066dc&webSyncID=6ceb0e8d-6a2d-11a0-4871-00ac978b9822&sessionGUID=841dbea7-8547-80de-874c-aee575d58698)

Réservations en Français (/reservations-en-francais)

Need Help? Call 877-570-2267        Parlez-vous Français? 888-450-6885        ¿Habla Español? 888-503-0546

Come work for us! (https://equitylifestyleproperties.wd5.myworkdayjobs.com/ELS)

This site is protected by reCAPTCHA and the Google Privacy Policy (https://policies.google.com/privacy) and Terms of Service

(https://policies.google.com/terms) apply.

© 2020 Equity LifeStyle Properties, Inc. All Rights Reserved Privacy Policy (/privacy-policy)

**NOTICE:** COVID-19 Update » (/coronavirus-status)



MENU

Group Reservations (/group-reservations)   ↑ Scratchpad (/scratchpad)        Sign in (https://reservations.rvonthego.com/signin.aspx?rp=%2Fsearch-rv-resorts%2Fresults)

**Book Now**

Home (/)  /  RV Resorts & Campgrounds (/search-rv-resorts/)  /  Results

# RV Resorts & Campgrounds

## Search Results: 2 RV Resorts & Campgrounds
Use the search filters to find your perfect RV Resort or Campground.

**State**

Ohio ⌄

**Region**

All Regions ⌄

**Camping Type**

Cabins/Rentals ⌄

**Resort Type**

Family Oriented (all ages) ⌄

**Add Amenities**          close

☐ Clubhouse
☐ Swimming Pool
☐ Fishing
☐ Near Beach
☐ Creek / Lake / Canal / River or Ocean Frontage
☐ WiFi
☐ Pets Welcome
☐ Nature / Hiking Trails



(/ohio/kenisee-lakes-rv-campground/)

(/ohio/wilmington-rv-resort/)

### Kenisee Lake RV Campground (/ohio/kenisee-lakes-rv-campground/)
2021 Mill Creek Rd Jefferson, OH 44047

**Explore & Reserve (/Ohio/kenisee-lakes-**

### Wilmington RV Resort (/ohio/wilmington-rv-resort/)
1786 State Route 380 Wilmington, OH 45177

**Explore & Reserve (/ohio/wilmington-rv-**

1 of 2                                                                                                5/28/2020, 12:33 PM

- ☐ Mini Golf
- ☐ Restroom/Shower Facilities
- ☐ Laundry Facilities
- ☐ Playground
- ☐ Horseshoes

## Update Search

View All Campgrounds (/search-rv-resorts/listall)

Map Search (/search-rv-resorts/mapsearch)

## Signup for Special Offers, Discounts and N

First Name          Last Name          Email Address          **Signup**

## Like Us On Facebook f  (https://www.facebook.com/RVonth)

NEW! Camp USA Mobile App (/camp-usa)          Cabins & Rentals (/vacation-rentals)          About RVontheGo (/about-us)

Contact Us (/about-us/contact-us)

Thousand Trails Camping Pass (https://www.thousandtrails.com/membership-info?sessionGUID=eee19db4-dba9-81ee-44a1-2d9c9e6066dc&webSyncID=6ceb0e8d-6a2d-11a0-4871-00ac978b9822&sessionGUID=841dbea7-8547-80de-874c-aee575d58698)

Réservations en Français (/reservations-en-francais)

Need Help? Call 877-570-2267          Parlez-vous Français? 888-450-6885          ¿Habla Español? 888-503-0546

Come work for us! (https://equitylifestyleproperties.wd5.myworkdayjobs.com/ELS)

This site is protected by reCAPTCHA and the Google Privacy Policy (https://policies.google.com/privacy) and Terms of Service

(https://policies.google.com/terms) apply.

© 2020 Equity LifeStyle Properties, Inc. All Rights Reserved Privacy Policy (/privacy-policy)

5/28/2020, 12:33 PM

**NOTICE:** COVID-19 Update » (/coronavirus-status)



MENU

Group Reservations (/group-reservations)   ↑ Scratchpad (/scratchpad)   Sign in (https://reservations.rvonthego.com/signin.aspx?rp=%2Fsearch-rv-resorts%2Fresults)

**Book Now**

Home (/) / RV Resorts & Campgrounds (/search-rv-resorts/) / Results

# RV Resorts & Campgrounds

## Search Results: 6 RV Resorts & Campgrounds
Use the search filters to find your perfect RV Resort or Campground.

**State**

Oregon ⌄

**Region**

All Regions ⌄

**Camping Type**

Cabins/Rentals ⌄

**Resort Type**

Family Oriented (all ages) ⌄

**Add Amenities**          close

☐ Clubhouse
☐ Swimming Pool
☐ Fishing
☐ Near Beach
☐ Creek / Lake / Canal / River or Ocean Frontage
☐ WiFi
☐ Pets Welcome
☐ Nature / Hiking Trails
☐ Mini Golf
☐ Restroom/Shower Facilities
☐ Laundry Facilities


(/oregon/bend-sunriver-rv-campground/)

### Bend-Sunriver RV Campground (/oregon/bend-sunriver-rv-campground/)
17480 South Century Dr Bend, OR 97707



**Explore & Reserve (/Oregon/bend-sunriver-rv**


(/oregon/mt-hood-village-rv-resort/)

### Mt Hood Village RV Resort (/oregon/mt-hood-village-rv-resort/)
65000 E. Hwy 26 Welches, OR 97067



**Explore & Reserve (/Oregon/mt-hood-village-:**



### Pacific City RV & Camping Resort (/oregon/pacific-city-rv-camping-resort/)
30000 Sandlake Rd Cloverdale, OR 97112

5/28/2020, 12:34 PM

☐ Playground
☐ Horseshoes

(/oregon/pacific-city-rv-camping-resort/)



**Explore & Reserve (/Oregon/pacific-city-rv-ca**

### Update Search

View All Campgrounds (/search-rv-resorts/listall)

Map Search (/search-rv-resorts/mapsearch)



(/oregon/seaside-rv-resort/)

## Seaside RV Resort (/oregon/seaside-rv-resort/)
1703 12th Avenue Seaside, OR 97138



**Explore & Reserve (/Oregon/seaside-rv-resort**



(/oregon/south-jetty-rv-camping-resort/)

## South Jetty RV & Camping Resort (/oregon/south-jetty-rv-camping-resort/)
5010 S Jetty Rd Florence, OR 97439



**Explore & Reserve (/Oregon/south-jetty-rv-ca**



(/oregon/whalers-rest-rv-camping-resort/)

## Whalers Rest RV & Camping Resort (/oregon/whalers-rest-rv-camping-resort/)
50 SE 123 Street South Beach, OR 97366



**Explore & Reserve (/Oregon/whalers-rest-rv-c**

## Signup for Special Offers, Discounts and M

First Name          Last Name          Email Address          **Signup**

**Like Us On Facebook f (https://www.facebook.com/RVonth)**

NEW! Camp USA Mobile App (/camp-usa)        Cabins & Rentals (/vacation-rentals)        About RVontheGo (/about-us)

Contact Us (/about-us/contact-us)

Thousand Trails Camping Pass (https://www.thousandtrails.com/membership-info?sessionGUID=eee19db4-dba9-81ee-44a1-2d9c9e6066dc&webSyncID=6ceb0e8d-6a2d-11a0-4871-00ac978b9822&sessionGUID=841dbea7-8547-80de-874c-aee575d58698)

Réservations en Français (/reservations-en-francais)

Need Help? Call 877-570-2267      Parlez-vous Français? 888-450-6885      ¿Habla Español? 888-503-0546

Come work for us! (https://equitylifestyleproperties.wd5.myworkdayjobs.com/ELS)

This site is protected by reCAPTCHA and the Google Privacy Policy (https://policies.google.com/privacy) and Terms of Service

(https://policies.google.com/terms) apply.

© 2020 Equity LifeStyle Properties, Inc. All Rights Reserved Privacy Policy (/privacy-policy)

NOTICE: COVID-19 Update » (/coronavirus-status)



MENU

Group Reservations (/group-reservations)  ↑ Scratchpad (/scratchpad)    Sign in (https://reservations.rvonthego.com/signin.aspx?rp=%2Fsearch-rv-resorts%2Fresults)    **Book Now**

Home (/)

/ RV Resorts & Campgrounds (/search-rv-resorts/) / Results

# RV Resorts & Campgrounds

## Search Results: 12 RV Resorts & Campgrounds
Use the search filters to find your perfect RV Resort or Campground.

**State**

Pennsylvania  ⌄

**Region**

All Regions  ⌄

**Camping Type**

Cabins/Rentals  ⌄

**Resort Type**

Family Oriented (all ages)  ⌄

**Add Amenities**          close

☐ Clubhouse
☐ Swimming Pool
☐ Fishing
☐ Near Beach
☐ Creek / Lake / Canal / River or Ocean Frontage
☐ WiFi
☐ Pets Welcome
☐ Nature / Hiking Trails
☐ Mini Golf
☐ Restroom/Shower Facilities
☐ Laundry Facilities
☐ Playground
☐ Horseshoes

**Update Search**

View All Campgrounds (/search-rv-resorts/listall)

Map Search (/search-rv-resorts/mapsearch)


(/pennsylvania/appalachian-rv-campground/)

### Appalachian RV Campground (/pennsylvania/appalachian-rv-campground/)
60 Motel Dr. Shartlesville, PA 19554

**Explore & Reserve (/Pennsylvania/appalachian-rv-cam**


(/pennsylvania/circle-m-rv-camping-resort/)

### Circle M RV & Camping Resort (/pennsylvania/circle-m-rv-camping-resort/)
2111 Millersville Rd Lancaster, PA 17603

**Explore & Reserve (/Pennsylvania/circle-m-rv-campin**


(/pennsylvania/drummer-boy-camping-resort/)

### Drummer Boy Camping Resort (/pennsylvania/drummer-boy-camping-resort/)
1300 Hanover Street Gettysburg, PA 17325

**Explore & Reserve (/Pennsylvania/drummer-boy-camp**



### Gettysburg Farm RV Campground (/pennsylvania/gettysburg-farm-rv-campground/)
6200 Big Mount Rd. Dover, PA 17315



(/pennsylvania/gettysburg-farm-rv-campground/)

**Explore & Reserve (/Pennsylvania/gettysburg-farm-rv-**



(/pennsylvania/hershey-rv-camping-resort/)

Hershey RV & Camping Resort (/pennsylvania/hershey-rv-camping-resort/)
493 S Mt Pleasant Rd Lebanon, PA 17042

**Explore & Reserve (/Pennsylvania/hershey-rv-camping**



(/pennsylvania/pa-dutch-country-rv-resort/)

PA Dutch Country RV Resort (/pennsylvania/pa-dutch-country-rv-resort/)
185 Lehman Rd. Manheim, PA 17545

**Explore & Reserve (/Pennsylvania/pa-dutch-country-rv**



(/pennsylvania/robin-hill-rv-resort-campground/)

Robin Hill RV Resort & Campground (/pennsylvania/robin-hill-rv-resort-campground/)
149 Robin Hill Rd. Lenhartsville, PA 19534

**Explore & Reserve (/Pennsylvania/robin-hill-rv-resort-**



(/pennsylvania/round-top-campground/)

Round Top Campground (/pennsylvania/round-top-campground/)
180 Knight Road Gettysburg, PA 17325

**Explore & Reserve (/Pennsylvania/round-top-campgrou**



(/pennsylvania/scotrun-rv-

Scotrun RV Resort (/pennsylvania/scotrun-rv-resort/)
Route 611 Scotrun, PA 18355

Campground Search (https://rvontogo.com/search-rv-resorts/results

resort/)

**Explore & Reserve (/Pennsylvania/scotrun-rv-resort/)**

Results 1-9 of 12

< Prev    1   2 (/search-rv-resorts/results/page-2)    Next > (/search-rv-resorts/results/page-2)

## Signup for Special Offers, Discounts and M

First Name      Last Name      Email Address      **Signup**

## Like Us On Facebook f  (https://www.facebook.com/RVonth)

NEW! Camp USA Mobile App (/camp-usa)    Cabins & Rentals (/vacation-rentals)    About RVontheGo (/about-us)

Contact Us (/about-us/contact-us)

Thousand Trails Camping Pass (https://www.thousandtrails.com/membership-info?sessionGUID=eee19db4-dba9-81ee-44a1-2d9c9e6066dc&

webSyncID=6ceb0e8d-6a2d-11a0-4871-00ac978b9822&sessionGUID=841dbea7-8547-80de-874c-aee575d58698)

Réservations en Français (/reservations-en-francais)

Need Help? Call 877-570-2267    Parlez-vous Français? 888-450-6885    ¿Habla Español? 888-503-0546

Come work for us! (https://equitylifestyleproperties.wd5.myworkdayjobs.com/ELS)

This site is protected by reCAPTCHA and the Google Privacy Policy (https://policies.google.com/privacy) and Terms of Service

(https://policies.google.com/terms) apply.

© 2020 Equity LifeStyle Properties, Inc. All Rights Reserved Privacy Policy (/privacy-policy)

    

**NOTICE:** COVID-19 Update » (/coronavirus-status)

MENU    ENCORE RV RESORTS    *Thousand Trails* (/)

Group Reservations (/group-reservations)    4 Scratchpad (/scratchpad)

Sign in (https://reservations.rvonthego.com/signin.aspx?rp=%2Fsearch-rv-resorts%2Fresults%2Fpage-2)    **Book Now**

Home (/) / RV Resorts & Campgrounds (/search-rv-resorts/) / Results

# RV Resorts & Campgroun

## Search Results: 12 RV Resorts & Campgrounds
Use the search filters to find your perfect RV Resort or Campground.

2Fpage-2)

**State**

Pennsylvania ⌄

**Region**

All Regions ⌄

**Camping Type**

Cabins/Rentals ⌄

**Resort Type**

Family Oriented (all ages) ⌄



(/pennsylvania/spring-gulch-rv-campground/)

## Spring Gulch RV Campground (/pennsylvania/spring-gulch-rv-campground/)
475 Lynch Rd New Holland, PA 17557

**Explore & Reserve** (/Penns

## Add Amenities    close

- [ ] Clubhouse
- [ ] Swimming Pool
- [ ] Fishing
- [ ] Near Beach
- [ ] Creek / Lake / Canal / River or Ocean Frontage
- [ ] WiFi
- [ ] Pets Welcome
- [ ] Nature / Hiking Trails
- [ ] Mini Golf
- [ ] Restroom/Shower Facilities
- [ ] Laundry Facilities
- [ ] Playground
- [ ] Horseshoes

### Update Search

View All Campgrounds (/search-rv-resorts/listall)

2Fpage-Map Search (/search-rv-resorts/mapsearch)



(/pennsylvania/sun-valley-rv-resort/)

### Sun Valley RV Campground (/pennsylvania/sun-valley-rv-resort/)

451 East Maple Grove Road, Narvon, PA 17555

**Explore & Reserve (/Pennsy**

### Timothy Lake South RV (/pennsylvania/timothy-lake-south-rv/)

2043 Allegheny Lane East Stroudsburg, PA 18302



(/pennsylvania/timothy-lake-south-rv/)

**Explore & Reserve (/Pennsy**

## Signup for Special Offers, Discounts and M

First Name    Last Name    Results 10-12 of 12    Email Address    **Signup**

< Prev (/search-rv-resorts/results)    1 (/search-rv-resorts/results)    2

Next >

## Like Us On Facebook f  (https://www.facebook.c /RVontheGo)

NEW! Camp USA Mobile App (/camp-usa)    Cabins & Rentals (/vacation-rentals)

About RVontheGo (/about-us)    Contact Us (/about-us/contact-us)

Thousand Trails Camping Pass (https://www.thousandtrails.com/membership-info?sessionGUID=eee19db4-dba9-81ee-44a1-2d9c9e6066dc&webSyncID=6ceb0e8d-6a2d-11a0-4871-00ac978b9822&sessionGUID=66622569-1ba8-d6a7-a4e6-2b3410499bed)

Réservations en Français (/reservations-en-francais)

Need Help? Call 877-570-2267      Parlez-vous Français? 888-450-6885

¿Habla Español? 888-503-0546

Come work for us! (https://equitylifestyleproperties.wd5.myworkdayjobs.com/ELS)

This site is protected by reCAPTCHA and the Google Privacy Policy (https://policies.google.com/privacy) and Terms of Service

(https://policies.google.com/terms) apply.

© 2020 Equity LifeStyle Properties, Inc. All Rights Reserved Privacy Policy (/privacy-policy)

2Fpage-2)

**NOTICE:** COVID-19 Update » (/coronavirus-status)

MENU

ENCORE RV RESORTS    Thousand Trails (/)

Group Reservations (/group-reservations)    1  Scratchpad (/scratchpad)

Sign in (https://reservations.rvonthego.com/signin.aspx?rp=%2Fsearch-rv-resorts%2Fresults)    **Book Now**

Home (/)  /  RV Resorts & Campgrounds (/search-rv-resorts/)  /  Results

# RV Resorts & Campgrounds

## Search Results: 1 RV Resort or Campground

Use the search filters to find your perfect RV Resort or Campground.

**State**

South Carolina    ⌄

**Region**

All Regions    ⌄

**Camping Type**

Cabins/Rentals    ⌄

**Resort Type**

Family Oriented (all ages)    ⌄

**Add Amenities**    close

☐  Clubhouse
☐  Swimming Pool
☐  Fishing
☐  Near Beach



(/south-carolina/carolina-landing-rv-resort/)

### Carolina Landing RV Resort (/south-carolina/carolina-landing-rv-resort/)
120 Carolina Landing Drive Fair Play, SC 29643

**Explore & Reserve (/South-carolina/**

1 of 2    5/28/2020, 12:36 PM

- Creek / Lake / Canal / River or Ocean Frontage
- WiFi
- Pets Welcome
- Nature / Hiking Trails
- Mini Golf
- Restroom/Shower Facilities
- Laundry Facilities
- Playground
- Horseshoes

**Update Search**

View All Campgrounds (/search-rv-resorts/listall)

Map Search (/search-rv-resorts/mapsearch)

## Signup for Special Offers, Discounts and M

First Name          Last Name          Email Address          **Signup**

## Like Us On Facebook f (https://www.facebook.com/RVonth)

NEW! Camp USA Mobile App (/camp-usa)          Cabins & Rentals (/vacation-rentals)

About RVontheGo (/about-us)          Contact Us (/about-us/contact-us)

Thousand Trails Camping Pass (https://www.thousandtrails.com/membership-info?sessionGUID=eee19db4-dba9-81ee-44a1-2d9c9e6066dc&webSyncID=6ceb0e8d-6a2d-11a0-4871-00ac978b9822&sessionGUID=841dbea7-8547-80de-874c-aee575d58698)

Réservations en Français (/reservations-en-francais)

Need Help? Call 877-570-2267          Parlez-vous Français? 888-450-6885          ¿Habla Español? 888-503-0546

Come work for us! (https://equitylifestyleproperties.wd5.myworkdayjobs.com/ELS)

This site is protected by reCAPTCHA and the Google Privacy Policy (https://policies.google.com/privacy) and Terms of Service

(https://policies.google.com/terms) apply.

© 2020 Equity LifeStyle Properties, Inc. All Rights Reserved Privacy Policy (/privacy-policy)

**NOTICE:** COVID-19 Update » (/coronavirus-status)



MENU

Home (/)   Group Reservations (/group-reservations)   ↑ Scratchpad (/scratchpad)   Sign in (https://reservations.rvonthego.com/signin.aspx?rp=%2Fsearch-rv-resorts%2Fresults)   **Book Now**

/   RV Resorts & Campgrounds (/search-rv-resorts/)   /   Results

# RV Resorts & Campgroun

## Search Results: 2 RV Resorts & Campgrounds

Use the search filters to find your perfect RV Resort or Campground.

**State**

Tennessee                                    ⌄

**Region**

All Regions                                  ⌄

**Camping Type**

Cabins/Rentals                               ⌄

**Resort Type**

Family Oriented (all ages)                   ⌄

**Add Amenities**                      close

◻ Clubhouse
◻ Swimming Pool
◻ Fishing
◻ Near Beach
◻ Creek / Lake / Canal / River or Ocean Frontage
◻ WiFi
◻ Pets Welcome
◻ Nature / Hiking Trails
◻ Mini Golf
◻ Restroom/Shower Facilities
◻ Laundry Facilities
◻ Playground
◻ Horseshoes

**Update Searc**



(/tennessee/cherokee-landing-campground/)

### Cherokee Landing Campground (/tennessee/cherokee-landing-campground/)

1385 Old State Line Road, Saulsbury, TN 38067

**Explore & Reserv(/Tennessee/cherokee-landing-ca**



(/tennessee/natchez-trace-rv-campground/)

### Natchez Trace RV Campground (/tennessee/natchez-trace-rv-campground/)

1363 Napier Rd Hohenwald, TN 38462

**Explore & Reserv(/Tennessee/natchez-trace-rv-cam**

5/28/2020, 12:37 PM

View All Campgrounds (/search-rv-resorts/listall)

Map Search (/search-rv-resorts/mapsearch)

## Signup for Special Offers, Discounts and M

First Name     Last Name     Email Address     **Signup**

## Like Us On Facebook f  (https://www.facebook.com/RVonth)

NEW! Camp USA Mobile App (/camp-usa)     Cabins & Rentals (/vacation-rentals)     About RVontheGo (/about-us)

Contact Us (/about-us/contact-us)

*Thousand Trails Camping Pass* (https://www.thousandtrails.com/membership-info?sessionGUID=eee19db4-dba9-81ee-44a1-2d9c9e6066dc&

webSyncID=6ceb0e8d-6a2d-11a0-4871-00ac978b9822&sessionGUID=841dbea7-8547-80de-874c-aee575d58698)

Réservations en Français (/reservations-en-francais)

Need Help? Call 877-570-2267     Parlez-vous Français? 888-450-6885     ¿Habla Español? 888-503-0546

Come work for us! (https://equitylifestyleproperties.wd5.myworkdayjobs.com/ELS)

This site is protected by reCAPTCHA and the Google Privacy Policy (https://policies.google.com/privacy) and Terms of Service

(https://policies.google.com/terms) apply.

© 2020 Equity LifeStyle Properties, Inc. All Rights Reserved Privacy Policy (/privacy-policy)

**NOTICE:** COVID-19 Update » (/coronavirus-status)



MENU

Group Reservations (/group-reservations)  ↑  Scratchpad (/scratchpad)     Sign in (https://reservations.rvonthego.com/signin.aspx?rp=%2Fsearch-rv-resorts%2Fresults)     **Book Now**

Home (/)  /  RV Resorts & Campgrounds (/search-rv-resorts/)  /  Results

# RV Resorts & Campgrounds

## Search Results: 8 RV Resorts & Campgrounds

Use the search filters to find your perfect RV Resort or Campground.

**State**

Texas ⌄

**Region**

All Regions ⌄

**Camping Type**

Cabins/Rentals ⌄

**Resort Type**

Family Oriented (all ages) ⌄

**Add Amenities**          close

- ◻ Clubhouse
- ◻ Swimming Pool
- ◻ Fishing
- ◻ Near Beach
- ◻ Creek / Lake / Canal / River or Ocean Frontage
- ◻ WiFi
- ◻ Pets Welcome
- ◻ Nature / Hiking Trails
- ◻ Mini Golf
- ◻ Restroom/Shower Facilities
- ◻ Laundry Facilities
- ◻ Playground
- ◻ Horseshoes



(/texas/bay-landing-rv-campground/)

### Bay Landing RV Campground (/texas/bay-landing-rv-campground/)

2305 Hwy 380 W Bridgeport, TX 76426

**Explore & Reserve (/Texas/bay-landing-rv-camp**



(/texas/colorado-river-rv-campground/)

### Colorado River RV Campground (/texas/colorado-river-rv-campground/)

1062 Thousand Trails Lane Columbus, TX 78934

**Explore & Reserve (/Texas/colorado-river-rv-car**



(/texas/lake-conroe-rv-camping-resort/)

### Lake Conroe RV & Camping Resort (/texas/lake-conroe-rv-camping-resort/)

11720 Thousand Trails Rd. Willis, TX 77318

**Explore & Reserve (/Texas/lake-conroe-rv-camp**

### Update Search

View All Campgrounds (/search-rv-resorts/listall)

Map Search (/search-rv-resorts/mapsearch)



(/texas/lake-tawakoni-rv-campground/)

## Lake Tawakoni RV Campground (/texas/lake-tawakoni-rv-campground/)
1246 Rains County Road 1470, Point, TX 75472



**Explore & Reserve (/Texas/lake-tawakoni-rv-can**



(/texas/lake-texoma-rv-campground/)

## Lake Texoma RV Campground (/texas/lake-texoma-rv-campground/)
209 Thousand Trails Drive Gordonville, TX 76245



**Explore & Reserve (/Texas/lake-texoma-rv-camp**



(/texas/lake-whitney-rv-campground/)

## Lake Whitney RV Campground (/texas/lake-whitney-rv-campground/)
417 Thousand Trails Dr Whitney, TX 76692



**Explore & Reserve (/Texas/lake-whitney-rv-camp**



(/texas/medina-lake-rv-campground/)

## Medina Lake RV Campground (/texas/medina-lake-rv-campground/)
215 Spettle Rd. Lakehills, TX 78063



**Explore & Reserve (/Texas/medina-lake-rv-camp**



(/texas/sunshine-rv-resort/)

## Sunshine RV Resort (/texas/sunshine-rv-resort/)
1900 Grace Ave Harlingen, TX 78550-3530



**Explore & Reserve (/Texas/sunshine-rv-resort/)**

## Signup for Special Offers, Discounts and M

First Name          Last Name          Email Address          **Signup**

### Like Us On Facebook f  (https://www.facebook.com/RVonth)

NEW! Camp USA Mobile App (/camp-usa)      Cabins & Rentals (/vacation-rentals)      About RVontheGo (/about-us)

Contact Us (/about-us/contact-us)

Thousand Trails Camping Pass (https://www.thousandtrails.com/membership-info?sessionGUID=eee19db4-dba9-81ee-

44a1-2d9c9e6066dc&webSyncID=6ceb0e8d-6a2d-11a0-4871-00ac978b9822&sessionGUID=841dbea7-8547-80de-874c-aee575d58698)

Réservations en Français (/reservations-en-francais)

Need Help? Call 877-570-2267      Parlez-vous Français? 888-450-6885      ¿Habla Español? 888-503-0546

Come work for us! (https://equitylifestyleproperties.wd5.myworkdayjobs.com/ELS)

This site is protected by reCAPTCHA and the Google Privacy Policy (https://policies.google.com/privacy) and Terms of Service

(https://policies.google.com/terms) apply.

© 2020 Equity LifeStyle Properties, Inc. All Rights Reserved Privacy Policy (/privacy-policy)

5/28/2020, 12:37 PM

**NOTICE:** COVID-19 Update » (/coronavirus-status)



MENU
(/)

Group Reservations (/group-reservations)    1    Scratchpad (/scratchpad)

Sign in (https://reservations.rvonthego.com/signin.aspx?rp=%2Fsearch-rv-resorts%2Fresults)    **Book Now**

Home (/)  /  RV Resorts & Campgrounds (/search-rv-resorts/)  /  Results

# RV Resorts & Campgrounds

## Search Results: 1 RV Resort or Campground

Use the search filters to find your perfect RV Resort or Campground.

**State**

Utah    ⌄

**Region**

All Regions    ⌄

**Camping Type**

Cabins/Rentals    ⌄

**Resort Type**

Family Oriented (all ages)    ⌄

**Add Amenities**    close

☐  Clubhouse



(/utah/st-george-koa-campground/)

### St George KOA Campground (/utah/st-george-koa-campground/)

5800 N. Old Hwy 91 Hurricane, UT 84737

**Explore & Reserve (/Utah/st-g**

- Swimming Pool
- Fishing
- Near Beach
- Creek / Lake / Canal / River or Ocean Frontage
- WiFi
- Pets Welcome
- Nature / Hiking Trails
- Mini Golf
- Restroom/Shower Facilities
- Laundry Facilities
- Playground
- Horseshoes

## Update Search

View All Campgrounds (/search-rv-resorts/listall)

Map Search (/search-rv-resorts /mapsearch)

## Signup for Special Offers, Discounts and M

First Name                    Last Name                    Email Address                        **Signup**

## Like Us On Facebook f (https://www.facebook.c /RVontheGo)

NEW! Camp USA Mobile App (/camp-usa)          Cabins & Rentals (/vacation-rentals)

About RVontheGo (/about-us)          Contact Us (/about-us/contact-us)

Thousand Trails Camping Pass (https://www.thousandtrails.com/membership-

info?sessionGUID=eee19db4-dba9-81ee-44a1-2d9c9e6066dc&webSyncID=6ceb0e8d-

6a2d-11a0-4871-00ac978b9822&sessionGUID=841dbea7-8547-80de-874c-aee575d58698)

Réservations en Français (/reservations-en-francais)

Need Help? Call 877-570-2267     Parlez-vous Français? 888-450-6885     ¿Habla Español? 888-503-0546

Come work for us! (https://equitylifestyleproperties.wd5.myworkdayjobs.com/ELS)

This site is protected by reCAPTCHA and the Google Privacy Policy (https://policies.google.com/privacy) and Terms of Service

(https://policies.google.com/terms) apply.

© 2020 Equity LifeStyle Properties, Inc. All Rights Reserved Privacy Policy (/privacy-policy)

Campground Search                                                                    https://myrvphoto.com/search-rv-resorts/results

**NOTICE:** COVID-19 Update » (/coronavirus-status)



MENU

Group Reservations (/group-reservations)    1   Scratchpad (/scratchpad)        Sign in (https://reservations.rvonthego.com/signin.aspx?rp=%2fsearch-rv-resorts%2Fresults)

**Book Now**

Home (/) / RV Resorts & Campgrounds (/search-rv-resorts/) / Results

# RV Resorts & Campgrounds

## Search Results: 5 RV Resorts & Campgrounds

Use the search filters to find your perfect RV Resort or Campground.

**State**

Virginia                                              ⌄

**Region**

All Regions                                           ⌄

**Camping Type**

Cabins/Rentals                                        ⌄

**Resort Type**

Select Resort Type                                    ⌄

**Add Amenities**                            close

☐ Clubhouse
☐ Swimming Pool
☐ Fishing
☐ Near Beach
☐ Creek / Lake / Canal / River or Ocean Frontage
☐ WiFi
☐ Pets Welcome
☐ Nature / Hiking Trails
☐ Mini Golf
☐ Restroom/Shower Facilities
☐ Laundry Facilities
☐ Playground



(/virginia/bethpage-camp-resort/)

**Bethpage Camp-Resort (/virginia/bethpage-camp-resort/)**

679 Brown's Lane Urbanna, VA 23175

**Explore & Reserve (/Virginia/bethpage-camp-)**



(/virginia/chesapeake-bay-rv-resort/)

**Chesapeake Bay RV Resort (/virginia/chesapeake-bay-rv-resort/)**

12014 Trails Ln Gloucester, VA 23061

**Explore & Reserve (/Virginia/chesapeake-bay-)**



**Grey's Point Camp (/virginia/greys-point-camp/)**

3601 Grey's Point Road Topping, VA 23169

1 of 2                                                                              5/28/2020, 12:39 PM

☐   Horseshoes

(/virginia/greys-point-camp/)

**Explore & Reserve (/Virginia/greys-point-camp**

### Update Search

View All Campgrounds (/search-rv-resorts
/listall)

Map Search (/search-rv-resorts/mapsearch)



(/virginia/virginia-landing-rv-
campground/)

## Virginia Landing RV Campground (/virginia /virginia-landing-rv-campground/)
40226 Upshur Neck Road, Quinby, VA 23423

**Explore & Reserve (/Virginia/virginia-landing**



(/virginia/williamsburg-rv-
camping-resort/)

## Williamsburg RV & Camping Resort (/virginia /williamsburg-rv-camping-resort/)
4301 Rochambeau Dr Williamsburg, VA 23188

**Explore & Reserve (/Virginia/williamsburg-rv-**

## Signup for Special Offers, Discounts and M

First Name          Last Name          Email Address          **Signup**

## Like Us On Facebook f  (https://www.facebook.com/RVonth)

NEW! Camp USA Mobile App (/camp-usa)     Cabins & Rentals (/vacation-rentals)     About RVontheGo (/about-us)

Contact Us (/about-us/contact-us)

Thousand Trails Camping Pass (https://www.thousandtrails.com/membership-info?sessionGUID=eee19db4-dba9-81ee-
44a1-2d9c9e6066dc&webSyncID=6ceb0e8d-6a2d-11a0-4871-00ac978b9822&sessionGUID=841dbea7-8547-80de-874c-
aee575d58698)

Réservations en Français (/reservations-en-francais)

Need Help? Call 877-570-2267     Parlez-vous Français? 888-450-6885     ¿Habla Español? 888-503-0546

Come work for us! (https://equitylifestyleproperties.wd5.myworkdayjobs.com/ELS)

This site is protected by reCAPTCHA and the Google Privacy Policy (https://policies.google.com/privacy) and Terms of Service

(https://policies.google.com/terms) apply.

© 2020 Equity LifeStyle Properties, Inc. All Rights Reserved Privacy Policy (/privacy-policy)

Campground Search

https://rvonthego.com/search-rv-resorts/results

**NOTICE:** COVID-19 Update » (/coronavirus-status)



MENU

Home (/)     Group Reservations (/group-reservations)     1  Scratchpad (/scratchpad)     Sign in (https://reservations.rvonthego.com/signin.aspx?rp=%2Fsearch-rv-resorts%2Fresults)     **Book Now**

/  RV Resorts & Campgrounds (/search-rv-resorts/)  /  Results

# RV Resorts & Campgroun

## Search Results: 11 RV Resorts & Campgrounds

Use the search filters to find your perfect RV Resort or Campground.

**State**

Washington                                      ⌄

**Region**

All Regions                                     ⌄

**Camping Type**

Cabins/Rentals                                  ⌄

**Resort Type**

Select Resort Type                              ⌄

**Add Amenities**                          close

☐ Clubhouse
☐ Swimming Pool
☐ Fishing
☐ Near Beach
☐ Creek / Lake / Canal / River or Ocean Frontage
☐ WiFi
☐ Pets Welcome
☐ Nature / Hiking Trails
☐ Mini Golf
☐ Restroom/Shower Facilities
☐ Laundry Facilities
☐ Playground
☐ Horseshoes

**Update Searc**

View All Campgrounds (/search-rv-resorts/listall)



(/washington/chehalis-rv-camping-resort/)

**Chehalis RV & Camping Resort (/washington/chehalis-rv-camping-resort/)**
2228 Centralia Alpha Rd Chehalis, WA 98532

**Explore & Reser\(/Washington/chehalis-rv-camping**

(/washington/crescent-bar-rv-resort/)

**Crescent Bar RV Resort (/washington/crescent-bar-rv-resort/)**
9252 Crescent Bar Rd. NW Quincy, WA 98848

**Explore & Reser\(/Washington/crescent-bar-rv-re**

(/washington/grandy-creek-rv-campground/)

**Grandy Creek RV Campground (/washington/grandy-creek-rv-campground/)**
7370 Russell Road Concrete, WA 98237

**Explore & Reser\(/Washington/grandy-creek-rv-cam**



**La Conner RV & Camping Resort (/washington/la-**

Map Search (/search-rv-resorts/mapsearch)



conner-rv-camping-resort/)
16362 Snee Oosh Rd La Conner, WA 98257

(/washington/la-conner-rv-camping-resort/)

**Explore & Reserv(/Washington/la-conner-rv-camping**



Leavenworth RV Campground (/washington/leavenworth-rv-campground/)
20752 Chiwawa Loop Rd Leavenworth, WA 98826

(/washington/leavenworth-rv-campground/)

**Explore & Reserv(/Washington/leavenworth-rv-camp**



Little Diamond RV Campground (/washington/little-diamond-rv-campground/)
1002 McGowen Road Newport, WA 99156

(/washington/little-diamond-rv-campground/)

**Explore & Reserv(/Washington/little-diamond-rv-can**



Long Beach RV & Camping Resort (/washington/long-beach-rv-camping-resort/)
2215 Willow Road Seaview, WA 98644

(/washington/long-beach-rv-camping-resort/)

**Explore & Reserv(/Washington/long-beach-rv-campi**



Mount Vernon RV Campground (/washington/mount-vernon-rv-campground/)
5409 North Darrk Lane Bow, WA 98232

(/washington/mount-vernon-rv-campground/)

**Explore & Reserv(/Washington/mount-vernon-rv-can**



Paradise RV Campground (/washington/paradise-rv-campground/)
173 Salem Plant Rd Silver Creek, WA 98585



(/washington/paradise-rv-campground/)



**Explore & Reser**\(/Washington/paradise-rv-campgr)

Results 1-9 of 11

< Prev   [ 1 ]   2 (/search-rv-resorts/results/page-2)    Next > (/search-rv-resorts/results/page-2)

## Signup for Special Offers, Discounts and M

First Name      Last Name      Email Address      **Signup**

### Like Us On Facebook f (https://www.facebook.com/RVonth)

NEW! Camp USA Mobile App (/camp-usa)     Cabins & Rentals (/vacation-rentals)     About RVontheGo (/about-us)

Contact Us (/about-us/contact-us)

Thousand Trails Camping Pass (https://www.thousandtrails.com/membership-info?sessionGUID=eee19db4-dba9-81ee-44a1-2d9c9e6066dc&webSyncID=6ceb0e8d-6a2d-11a0-4871-00ac978b9822&sessionGUID=841dbea7-8547-80de-874c-aee575d58698)

Réservations en Français (/reservations-en-francais)

Need Help? Call 877-570-2267     Parlez-vous Français? 888-450-6885     ¿Habla Español? 888-503-0546

Come work for us! (https://equitylifestyleproperties.wd5.myworkdayjobs.com/ELS)

This site is protected by reCAPTCHA and the Google Privacy Policy (https://policies.google.com/privacy) and Terms of Service

(https://policies.google.com/terms) apply.

© 2020 Equity LifeStyle Properties, Inc. All Rights Reserved Privacy Policy (/privacy-policy)

**NOTICE:** COVID-19 Update » (/coronavirus-status)

MENU  (/)

Group Reservations (/group-reservations)    4   Scratchpad (/scratchpad)

Sign in (https://reservations.rvonthego.com/signin.aspx?rp=%2Fsearch-rv-resorts%2Fresults%2Fpage-2)    **Book Now**

Home (/)  /  RV Resorts & Campgrounds (/search-rv-resorts/)  /  Results

# RV Resorts & Campgroun

## Search Results: 11 RV Resorts & Campgrounds
Use the search filters to find your perfect RV Resort or Campground.

2Fpage-2)

**State**

Washington        ⌄

**Region**

All Regions        ⌄

**Camping Type**

Cabins/Rentals        ⌄

**Resort Type**

Family Oriented (all ages)  ⌄

(/washington/tall-chief-rv-camping-resort/)

### Tall Chief RV & Camping Resort (/washington/tall-chief-rv-camping-resort/)
29290 SE 8th St. Fall City, WA 98024

**Explore & Reser**(/Washi

## Add Amenities          close

☐ Clubhouse
☐ Swimming Pool
☐ Fishing
☐ Near Beach
☐ Creek / Lake / Canal / River or Ocean Frontage
☐ WiFi
☐ Pets Welcome
☐ Nature / Hiking Trails
☐ Mini Golf
☐ Restroom/Shower Facilities
☐ Laundry Facilities
☐ Playground
☐ Horseshoes

**Update Search**

View All Campgrounds (/search-rv-resorts/listall)

2Fpage-Map Search (/search-rv-resorts/mapsearch)

(/washington/thunderbird-rv-camping-resort/)

## Thunderbird RV & Camping Resort (/washington /thunderbird-rv-camping-resort/)

26702 Ben Howard Rd Monroe, WA 98272

**Explore & Reserv(/Washi**

Results 10-11 of 11

< Prev (/search-rv-resorts/results)          1 (/search-rv-resorts/results)          2

Next >

## Signup for Special Offers, Discounts and M

First Name          Last Name          Email Address          **Signup**

## Like Us On Facebookf  (https://www.facebook.c /RVontheGo)

NEW! Camp USA Mobile App (/camp-usa)          Cabins & Rentals (/vacation-rentals)

About RVontheGo (/about-us)          Contact Us (/about-us/contact-us)

Thousand Trails Camping Pass (https://www.thousandtrails.com/membership-info?sessionGUID=eee19db4-dba9-81ee-44a1-2d9c9e6066dc&webSyncID=6ceb0e8d-6a2d-11a0-4871-00ac978b9822&sessionGUID=66622569-1ba8-d6a7-a4e6-2b3410499bed)

Réservations en Français (/reservations-en-francais)

Need Help? Call 877-570-2267      Parlez-vous Français? 888-450-6885

¿Habla Español? 888-503-0546

Come work for us! (https://equitylifestyleproperties.wd5.myworkdayjobs.com/ELS)

This site is protected by reCAPTCHA and the Google Privacy Policy (https://policies.google.com/privacy) and Terms of Service

(https://policies.google.com/terms) apply.

© 2020 Equity LifeStyle Properties, Inc. All Rights Reserved Privacy Policy (/privacy-policy)

2Fpage-2)

**NOTICE:** COVID-19 Update » (/coronavirus-status)

MENU    ENCORE *Thousand Trails* (/)
        RV RESORTS

Home (/)    Group Reservations (/group-reservations)    ↑ Scratchpad (/scratchpad)    Sign in (https://reservations.rvonthego.com/signin.aspx?rp=%2Fsearch-rv-resorts%2Fresults)    **Book Now**

/   RV Resorts & Campgrounds (/search-rv-resorts/)   /   Results

# RV Resorts & Campgrounds

## Search Results: 9 RV Resorts & Campgrounds

Use the search filters to find your perfect RV Resort or Campground.

**State**

Wisconsin                                    ⌄

**Region**

All Regions                                  ⌄

**Camping Type**

Cabins/Rentals                               ⌄

**Resort Type**

Select Resort Type                           ⌄

**Add Amenities**                      close

☐ Clubhouse
☐ Swimming Pool
☐ Fishing
☐ Near Beach
☐ Creek / Lake / Canal / River or Ocean Frontage
☐ WiFi
☐ Pets Welcome
☐ Nature / Hiking Trails
☐ Mini Golf
☐ Restroom/Shower Facilities
☐ Laundry Facilities
☐ Playground
☐ Horseshoes

**Update Search**

### Arrowhead RV Campground (/wisconsin/arrowhead-rv-campground/)
W 1530 Arrowhead Road, Wisconsin Dells, WI 53965

(/wisconsin/arrowhead-rv-campground/)

**Explore & Reserve (/Wisconsin/arrowhead-rv-camp**

### Blackhawk RV Campground (/wisconsin/blackhawk-camping-resort/)
3407 E. Blackhawk Drive Milton, WI 53563

(/wisconsin/blackhawk-camping-resort/)

**Explore & Reserve (/Wisconsin/blackhawk-camping**

### Fremont Jellystone Park™ (/wisconsin/fremont-jellystone-park/)
E 6506 State Road 110 Fremont, WI 54940

(/wisconsin/fremont-jellystone-park/)

**Explore & Reserve (/Wisconsin/fremont-jellystone-p**





View All Campgrounds (/search-rv-resorts/listall)

Map Search (/search-rv-resorts/mapsearch)


(/wisconsin/lake-of-the-woods-campground/)

### Lake of the Woods Campground (/wisconsin/lake-of-the-woods-campground/)
N9070 14th Avenue Wautoma, WI 54982

**Explore & Reserve (/Wisconsin/lake-of-the-woods-c**


(/wisconsin/lakeland-camping-resort/)

### Lakeland RV Campground (/wisconsin/lakeland-camping-resort/)
2803 E. State Road 59, Milton, WI 53563

**Explore & Reserve (/Wisconsin/lakeland-camping-r**


(/wisconsin/neshonoc-lakeside-camping-resort/)

### Neshonoc Lakeside Camping Resort (/wisconsin/neshonoc-lakeside-camping-resort/)
N5334 Neshonoc Road, West Salem, WI 54669

**Explore & Reserve (/Wisconsin/neshonoc-lakeside-**


(/wisconsin/plymouth-rock-camping-resort/)

### Plymouth Rock Camping Resort (/wisconsin/plymouth-rock-camping-resort/)
N7271 Lando St. Plymouth, WI 53073

**Explore & Reserve (/Wisconsin/plymouth-rock-cam**


(/wisconsin/tranquil-timbers-camping-resort/)

### Tranquil Timbers Camping Resort (/wisconsin/tranquil-timbers-camping-resort/)
3668 Grondin Rd. Sturgeon Bay, WI 54235

**Explore & Reserve (/Wisconsin/tranquil-timbers-ca**



### Yukon Trails RV & Camping Resort (/wisconsin/yukon-



**trails-rv-camping-resort/)**
N2330 County Rd HH Lyndon Station, WI 53944

(/wisconsin/yukon-trails-rv-camping-resort/)

**Explore & Reserve (/Wisconsin/yukon-trails-rv-camping-resort/)**

## Signup for Special Offers, Discounts and M

First Name          Last Name          Email Address          **Signup**

**Like Us On Facebook f  (https://www.facebook.com/RVonth)**

NEW! Camp USA Mobile App (/camp-usa)      Cabins & Rentals (/vacation-rentals)      About RVontheGo (/about-us)

Contact Us (/about-us/contact-us)

Thousand Trails Camping Pass (https://www.thousandtrails.com/membership-info?sessionGUID=eee19db4-dba9-81ee-44a1-2d9c9e6066dc&
webSyncID=6ceb0e8d-6a2d-11a0-4871-00ac978b9822&sessionGUID=841dbea7-8547-80de-874c-aee575d58698)

Réservations en Français (/reservations-en-francais)

Need Help? Call 877-570-2267      Parlez-vous Français? 888-450-6885      ¿Habla Español? 888-503-0546

Come work for us! (https://equitylifestyleproperties.wd5.myworkdayjobs.com/ELS)

This site is protected by reCAPTCHA and the Google Privacy Policy (https://policies.google.com/privacy) and Terms of Service

(https://policies.google.com/terms) apply.

© 2020 Equity LifeStyle Properties, Inc. All Rights Reserved Privacy Policy (/privacy-policy)